NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

BRANDON JOE WILLIAMS*
P.O. Box 1962
Glendale, California 91209



FILED
CLERK, U.S. DISTRICT COURT
FEB 26 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ATTORNEY(S) FOR: BRANDON JOE WILLIAMS*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS* <br><br> Plaintiff(s), <br> v. <br><br> AMERICAN EXPRESS COMPANY; <br> AMERICAN EXPRSS KABBAGE INC. <br><br> Defendant(s) | CASE NUMBER: <br> 2:24-CV-01631-MWF-PVCx <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   BRANDON JOE WILLIAMS*
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BRANDON JOE WILLIAMS* | PLAINTIFF |
| AMERICAN EXPRESS COMPANY | DEFENDANT |
| AMERICAN EXPRESS KABBAGE INC. | DEFENDANT |

| | |
|---|---|
| 2-12-2024 | /s/ Brandon Joe Williams |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

BRANDON JOE WILLIAMS*

CV-30 (05/13)                            NOTICE OF INTERESTED PARTIES

**CERTIFIED MAIL**

9589 0710 5270 0926 1114 36

Retail

U.S. POSTAGE PAID
FCM LG ENV
GLENDALE, CA 91205
FEB 21, 2024
$10.88
90012
RDC 99
R2305M143312-21

FROM:

Brandon Joe Williams
PO Box 1462
Glendale, CA 91209

TO:

United States District Court - central District of California
Western Division (Los Angeles)
c/o Clerk Court
350 West 1st st, suite 4311
Los Angeles, CA 90012-4565

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 26 2024
CENTRAL DISTRICT OF CALIFORNIA

$405.00

Photo Document Mailer

9589

ReadyPost






Send It Your Way

Pick. Pack. Ship.

Visit USPS.com for Shipping Supplies & Services

9 3/4" x 12 1/4" Photo Document Mailer
AJC-093
Product Code 93070009.A - September 2020
Visit Us At USPS.com
A product of the United States Postal Service®
MADE IN THE U.S.A.