Name: BRANDON JOE WILLIAMS°

Address: P.O. Box 1962

Glendale, California 91209

Phone Number: (213) 309-7138

Email Address: Brandon@williamsandwilliamslawfirm~~~

Pro Se        Brandon@williamsandwilliamslawfirm.con

FILED
CLERK, U.S. DISTRICT COURT

FEB 26 2024

CENTRAL DISTRICT OF CALIFORNIA
BY   EEE        DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BRANDON JOE WILLIAMS°

PLAINTIFF(S)

v.

AMERICAN EXPRESS COMPANY; AMERICAN
EXPRESS KABBAGE INC.

DEFENDANT(S)

CASE NUMBER

2:24-CV-01631-MWF-PVCx

**APPLICATION FOR PERMISSION
FOR ELECTRONIC FILING**

As the ☒ Plaintiff ☐ Defendant   in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 2-12-2024                    Signature: ~~without prejudice by:~~

CV-005 (02/20)          APPLICATION FOR PERMISSION FOR ELECTRONIC FILING

**CERTIFIED MAIL**

9589 0710 5270 0926 1114 36

Retail

U.S. POSTAGE PAID
FCM LG ENV
GLENDALE, CA 91205
FEB 21, 2024

90012

**$10.88**

RDC 99

R2305M143312-21

FROM:

Brandon Joe Williams
PO Box 1962
Glendale, CA 91208

$405.00

TO:

United States District Court - Central District of California
Western Division (Los Angeles)
c/o Clerk Court
350 West 1st st, suite 4311
Los Angeles, CA 90012-4565

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 26 2024

**Photo Document Mailer**

9589

**ReadyPost**



## Send It Your Way



Pick.　　　Pack.　　　Ship.

## Visit USPS.com® for Shipping Supplies & Services





0  15645 97312  1

9 3/4" x 12 1/4" Photo Document Mailer
AfC-093
Product Code 93070009.A - September 2020
Visit Us At USPS.com
A product of the United States Postal Service®
MADE IN THE U.S.A.