# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT of CALIFORNIA
## WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO. _2:24-CV-01631- MWF PVCx_

BRANDON JOE WILLIAMS®,

       Plaintiff,

  v.

AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS KABBAGE INC.
    Defendants.

## SUMMONS IN A CIVIL ACTION

TO: (*Defendants' names and addresses*)

*AMERICAN EXPRESS KABBAGE INC.*
c/o CT CORPORATION SYSTEM
330 N. Brand Blvd., Suite 700
Glendale, California 91203

       A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*BRANDON JOE WILLIAMS*®
P.O. Box 1962
Glendale, California 91209

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _2/28/24_

*Signature of Clerk or Deputy Clerk*

**ERICK ESTRADA**

1256

Civil Summons (Page 2)

## PROOF OF SERVICE

*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's Signature*


_____
*Printed name and title*


_____
*Server's address*


Additional information regarding attempted service, etc.

CERTIFIED MAIL

9589 0710 5270 0926 1114 36

Retail

U.S. POSTAGE PAID
FCM LG ENV
GLENDALE, CA 91205
FEB 21, 2024

90012

**$10.88**

RDC 99

R2305M143312-21

FROM:

Brandon Joe Williams
PO Box 1962
Glendale, CA 91208



$405.⁰⁰

TO:

United States District Court - of California
central Dist.

Western Division (Los Angeles)
c/o Clerk Court
350 West 1st st, suite 4311
Los Angeles, CA 90012-4565

FEB 26 2024

**Photo Document Mailer**

9589

Ready**P**ost.



## Send It Your Way



Pick.    Pack.    Ship.

Visit **USPS.com** for Shipping Supplies & Services





0  15645 97312  1

9 3/4" x 12 1/4" Photo Document Mailer
AHC-093
Product Code 93070009.A - September 2020
Visit Us At USPS.com
A product of the United States Postal Service®
MADE IN THE U.S.A.