**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| BRANDON JOE WILLIAMS, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 24-1631-MWF(PVCx) |
| v. | |
| AMERICAN EXPRESS COMPANY, et al., | ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by Plaintiff Brandon Joe Williams is hereby:

☑ **GRANTED**

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: March 6, 2024

_/s/ Michael W. Fitzgerald_
MICHAEL W. FITZGERALD
United States District Judge

☐ **DENIED**
Comments:

Dated: _____

_____
United States District/Magistrate Judge

CV-05 Order (12/15)     ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING