UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA
WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO: **2:24-cv-01631-MWF-PVC**

| | |
|---|---|
| BRANDON JOE WILLIAMS,<br><br>   Plaintiff,<br><br> v.<br><br>AMERICAN EXPRESS COMPANY;<br>AMERICAN EXPRESS KABBAGE<br>INC.<br><br>   Defendants. | |

## NOTICE OF SERVICE OF PROCESS

COMES NOW, BRANDON JOE WILLIAMS, plaintiff, by and through, Brandon Joe Williams, Agent, Pro Se, and hereby files this *Notice of Service of Process* in the Cause captioned above, in support thereof, would show this honorable court the following:

1. On March 13th, 2024, Defendant AMERICAN EXPRESS COMPANY, was served with the Summons and Complaint pursuant to Federal Rules of Civil Procedure 4.  Copy of the *Affidavit of Service* is attached.

2. On March 13th, 2024, Defendant AMERICAN EXPRESS KABBAGE, INC., was served with the Summons and Complaint pursuant to Federal Rules of Civil Procedure 4.  Copy of the *Affidavit of Service* is attached.

March 18, 2024                                    RESPECTFULLY SUBMITTED,

BRANDON JOE WILLIAMS

BY: /s/ *Brandon Joe Williams*
Brandon Joe Williams, Agent, Pro Se
P.O. Box 1962
Glendale, California 91209
brandon@williamsandwilliamslawfirm.com

(213) 309-7138

## Certificate of Service

Plaintiff certifies that on March 18th, 2024, the foregoing *Notice of Service of Process* was filed with the Clerk of this Court via ECF.  I further certify that, as of the same date, no counsel has filed into this cause of action for either Defendant.