UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA
WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO: 2:24-cv-01631-MWF-PVC

BRANDON JOE WILLIAMS,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY;
AMERICAN EXPRESS KABBAGE INC.

    Defendants.

## AFFIDAVIT OF SERVICE

**DEFENDANT:**

AMERICAN EXPRESS KABBAGE, INC.
c/o CT Corporation System
330 N Brand Blvd., Ste. 700
Glendale, California 91203

    I, Joey Kimbrough, being over the age of eighteen, NOT a party to this cause, and competent to testify as to the matters asserted herein. I certify that on 3/8/2024 a copy of the Summons and Complaint were sent to the Defendant listed above via USPS Certified Mail with Signature Required.

DOCUMENT TYPE: Summons and Complaint from BRANDON JOE WILLIAMS

CORPORATE SERVICE TO: AMERICAN EXPRESS KABBAGE, INC.

SIGNED AND RECEIVED BY: "*NDS*"

DATE RECEIVED: 3/13/2024

*Certified Mail Receipt and Signature Card enclosed as "Exhibit A"*

I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

DATED: 3/18/24        SIGNATURE OF AFFIANT: _Joey Kimbrough_