Exhibit "A"

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Glendale, CA 91203

| | |
|---|---|
| Certified Mail Fee | $4.40 |
| $ | $3.65 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $2.35 |
| Total Postage and Fees | $10.40 |

Postmark Here: KOKOMO IN 46902, MAR 8 2024, 03/08/2024, USPS

Sent To: American Express Company
Street and Apt. No., or PO Box No.: 330 N Brand Blvd., Ste 700
City, State, ZIP+4: Glendale, CA 91203

Article Number: 7021 1970 0002 2213 0751

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
American Express Company
c/o CT Corporation System
330 N Brand Blvd., Ste 700
Glendale, CA 91203

9590 9402 8422 3156 0371 20

2. Article Number (Transfer from service label)
7021 1970 0002 2213 0751

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAR 13 2024

Delivery Service

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

Exhibit "A"

# U.S. Postal Service
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Glendale, CA 91203

Certified Mail Fee: $4.40

Extra Services & Fees (check box, add fee as appropriate)
- [x] Return Receipt (hardcopy) $0.00
- [ ] Return Receipt (electronic) $0.00
- [ ] Certified Mail Restricted Delivery $0.00
- [x] Adult Signature Required $0.00
- [ ] Adult Signature Restricted Delivery $

Postage: $2.35

Total Postage and Fees: $6.75

Postmark: KOKOMO IN 46901, 8 2024, 03/08/2024

Sent To: American Express Kabbage, Inc.
Street and Apt. No., or PO Box No.: 330 N. Brand Blvd., Ste 700
City, State, ZIP+4: Glendale, CA 91203

PS Form 3800, April 2015 PSN 7530-02-000-9047

Article number: 7021 1970 0002 2213 0768

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Express Kabbage, Inc.
c/o CT Corporation System
330 N Brand Blvd., Ste 700
Glendale, CA 91203

9590 9402 8422 3156 0371 37

2. Article Number (Transfer from service label)
7021 1970 0002 2213 0768

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ___
- [ ] Agent
- [ ] Addressee

B. Received by (Printed Name)

C. Date of Delivery: MAR 13 2024

D. Is delivery address different from item 1? [ ] Yes  [ ] No
If YES, enter delivery address below:

3. Service Type
- [x] Adult Signature
- [ ] Adult Signature Restricted Delivery
- [x] Certified Mail®
- [ ] Certified Mail Restricted Delivery
- [ ] Collect on Delivery
- [ ] Collect on Delivery Restricted Delivery
- [ ] Priority Mail Express®
- [ ] Registered Mail™
- [ ] Registered Mail Restricted Delivery
- [ ] Signature Confirmation™
- [ ] Signature Confirmation Restricted Delivery

Domestic Return Receipt