UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.    CV 24-1631-MWF(PVCx)                                    Date: March 20, 2024

Title       **Brandon Joe Williams v. American Express Company, et al.**

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER REGARDING NOTICE OF SERVICE OF PROCESS [11]**

On March 18, 2024, Plaintiff Brandon Joe Williams filed a document titled Notice of Service of Process (the "Notice").  (Docket No. 11).  Attached to the Notice are two Affidavits of Service as to Defendants American Express Company ("AmEx") and American Express Kabbage, Inc. ("AmEx Kabbage"), and two receipts for certified mail and returns.  The Notice and Affidavits of Service purport to have effected service of the Summons and Complaint on Defendants AmEx and AmEx Kabbage pursuant to Federal Rules of Civil Procedure 4.

Defendants AmEx and AmEx Kabbage are corporations.  Therefore, service under Fed. R. Civ. P. 4(h) is applicable.  It appears that Plaintiff attempted to effectuate service of the Summons and Complaint upon Defendants' agent for service of process, CT Corporation System, in Glendale, California.  However, service by certified mail does not satisfy the requirements of Fed. R. Civ. P. 4(h).

The Court will not provide legal advice to any litigant.  Plaintiff is strongly advised to review the Self-Representation Order (Docket No. 10) filed on March 6, 2024, and to seek assistance at the Pro Se Clinic.  Plaintiff should also contact the CM/ECF Help Desk -- http://www.cacd.uscourts.gov/e-filing/cmecf-helpdesk -- for assistance regarding electronic filing.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-1631-MWF(PVCx)**                                         Date: March 20, 2024

Title          **Brandon Joe Williams v. American Express Company, et al.**

IT IS SO ORDERED.

Although Plaintiff is proceeding pro se, *i.e.*, without legal representation, Plaintiff nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure.  *See* C.D. Cal. L.R. 83-2.2.3.  The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules.

The Court cannot provide advice to any party, including pro se litigants, *i.e.*, parties who are not represented by a lawyer.  There is a free "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court.  The Court has information of importance to pro se litigants at the "People Without Lawyers" link, http://prose.cacd.uscourts.gov/.

Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012.  *Pro se* litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.