UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA
WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO: **2:24-cv-01631-MWF-PVC**

| | |
|---|---|
| BRANDON JOE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN EXPRESS COMPANY;<br>AMERICAN EXPRESS KABBAGE INC.<br><br>    Defendants. | **Judge Michael W. Fitzgerald**<br>**Magistrate Judge Pedro V. Castillo** |

## NOTICE OF SERVICE OF PROCESS

COMES NOW, BRANDON JOE WILLIAMS, plaintiff, by and through, Brandon Joe Williams, Agent, Pro Se, pursuant to Fed. R. Civ. P. 4(h) and the Honorable Judge Michael W. Fitzgerald's Order entered 03/21/2024 (*Id*. at dkt 12) and hereby files this *Notice of Service of Process* in the Cause captioned above, in support thereof, would show this honorable court the following:

1. On March 25th, 2024, Defendant AMERICAN EXPRESS COMPANY, c/o CT Corporation System, registered agent, was served with the Summons and Complaint pursuant to Federal Rules of Civil Procedure 4.  Copy of the *Affidavit of Service* is attached.

2. On March 25th, 2024, Defendant AMERICAN EXPRESS KABBAGE, INC., c/o CT Corporation System, registered agent, was served with the Summons and Complaint pursuant to Federal Rules of Civil Procedure 4.  Copy of the *Affidavit of Service* is attached.

April 1st, 2024                                         RESPECTFULLY SUBMITTED,

                                                        BRANDON JOE WILLIAMS

                                                        BY: /s/ *Brandon Joe Williams*
                                                        Brandon Joe Williams, Agent, Pro Se
                                                        P.O. Box 1962
                                                        Glendale, California 91209
                                                        brandon@williamsandwilliamslawfirm.com
                                                        (213) 309-7138

## Certificate of Service

Plaintiff certifies that on April 1st, 2024, the foregoing *Notice of Service of Process* was filed with the Clerk of this Court via ECF.  I further certify that, as of the same date, no counsel has filed into this cause of action for either Defendant.