| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Joey Kimbrough <joey@prosejoe.com><br>**1712 Candy Ct S**<br>**Kokomo, IN 46902**<br><br>    TELEPHONE  NO.: **765-437-8451**        FAX NO. *(Optional):*<br>    E-MAIL ADDRESS *(Optional):*<br>    ATTORNEY FOR *(Name):*  **BRANDON JOE WILLIAMS** | |

| **United States District Court, Central District of California** | |
|---|---|
|     STREET ADDRESS: **255 East Temple St.**<br>    MAILING ADDRESS: **255 East Temple St.**<br>    CITY AND ZIP CODE: **Los Angeles 90012**<br>    BRANCH NAME: **Edward R. Roybal Federal Building** | |

| PLAINTIFF/PETITIONER: **BRANDON JOE WILLIAMS** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **AMERICAN EXPRESS COMPANY; AMERICAN EXPRESS KABBAGE [NC** | **2:24-cv-01631-MWF-PVC** |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br><br>**Brandon Joe Williams** |
|---|---|

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
   **SUMMONS; PLAINTIFF'S COMPLAINT FOR DAMAGES AND JURY DEMAND**

3.  a.  Party served *(specify name of party as shown on documents served):*
       **AMERICAN EXPRESS COMPANY**

    b.  [X]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under
         item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
         **c/o CT corporation system, Registered Agent**

4.  Address where the party was served:
    **330 N Brand Blvd, Ste 700, Glendale, CA 91203**

5.  I served the party *(check proper box)*
    a.  [X]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive
         service of process for the party (1) on *(date):* **03/25/2024** at *(time):* **7:57 AM**

    b.  [ ]  **by substituted service.** On *(date):*          at *(time):*          I left the documents listed in item 2 with
         or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1)  [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of
              the person to be served. I informed him or her of the general nature of the papers.

        (2)  [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place
              of abode of the party. I informed him or her of the general nature of the papers.

        (3)  [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing
              address of the person to be served, other than a United States Postal Service post office box. I informed him
              or her of the general nature of the papers.

        (4)  [ ]  I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be
              served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed
              on *(date):*          from *(city):*              **or** [ ] a declaration of mailing is attached.

        (5)  [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 3

REF: **Brandon Joe Williams**

| PLAINTIFF/PETITIONER:  BRANDON JOE WILLIAMS | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   AMERICAN EXPRESS COMPANY; AMERICAN EXPRESS KABBAGE [NC | 2:24-cv-01631-MWF-PVC |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*            (2) from *(city):*

    (3) ☐   with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐   to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

        ☐  Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐  as an individual defendant.

b. ☐  as the person sued under the fictitious name of *(specify):*

c. ☐  as occupant.

d. ☒  On behalf of *(specify)* **AMERICAN EXPRESS COMPANY c/o c/o CT corporation system, Registered Agent**

    under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)

    ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)

    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)

    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)

    ☐ 416.50 (public entity)            ☐ 415.46 (occupant)

                                              ☐ other:

7. **Person who served papers**

  a. Name:         **Nikko Paulino**

  b. Address:      **11642 McLennan ave, Granada Hills, CA 91344**

  c. Telephone number:   **818-425-3193**

  d. The fee for service was: **$ 75.00**

  e. I am:

    (1) ☐  not a registered California process server.

    (2) ☐  exempt from registration under Business and Professions Code section 22350(b).

    (3) ☒  registered California process server:

       (i) ☐ owner  ☐ employee  ☒ independent contractor.   For:    **ABC Legal Services, LLC**

       (ii) ☒ Registration No.:  **2023086856**      Registration #:  **6779**

       (iii) ☒ County:    **County of Los Angeles**     County:    **Los Angeles**

**BY FAX**

Page 2 of 3

POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0128052347**


**REF: Brandon Joe Williams**



8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.


Date: <u>03/25/2024</u>

<table>
<tr><td>_____<br>**Nikko Paulino**<br>(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)</td><td>_____<br>(SIGNATURE)</td></tr>
</table>



REF: **Brandon Joe Williams**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0128052347**