| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>Joey Kimbrough <joey@prosejoe.com><br>1712 Candy Ct S<br>Kokomo, IN 46902 | **FOR COURT USE ONLY** |
|---|---|
| TELEPHONE NO.: 765-437-8451       FAX NO. *(Optional)*: | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: BRANDON JOE WILLIAMS | |

| United States District Court, Central District of California |
|---|
| STREET ADDRESS: 255 East Temple St. |
| MAILING ADDRESS: 255 East Temple St. |
| CITY AND ZIP CODE: Los Angeles 90012 |
| BRANCH NAME: Edward R. Roybal Federal Building |

| PLAINTIFF/PETITIONER: BRANDON JOE WILLIAMS | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: AMERICAN EXPRESS COMPANY; AMERICAN EXPRESS KABBAGE [NC | 2:24-cv-01631-MWF-PVC |
| **DECLARATION OF MAILING** | Ref. No. or File No.:<br>Brandon Joe Williams |

The undersigned hereby declares: that I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My business address is 316 W 2nd St. 3rd Floor, Los Angeles, CA 90012.

That on **March 25, 2024**, after substituted service was made, I mailed the following documents: **SUMMONS; PLAINTIFF'S COMPLAINT FOR DAMAGES AND JURY DEMAND** to the servee in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid for first class mail and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in **Los Angeles**, **CA**.

That I addressed the envelope as follows:

> **AMERICAN EXPRESS KABBAGE [NC.**
> **330 N Brand Blvd Ste 700**
> **Glendale, CA 91203**

BY FAX

That I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

That I executed this declaration on 3/25/2024 at Los Angeles, CA.

_____
Declarant: **Jesus Alvarez**, Reg. # 6585

REF: **Brandon Joe Williams**

Tracking #: **0128052371**