1 | Stephen J. Newman (SBN 181570)
2 | snewman@steptoe.com
   | Brianna M. Bauer (SBN 348309)
3 | bbauer@steptoe.com
   | **STEPTOE LLP**
4 | 2029 Century Park East, 18th Floor
   | Los Angeles, California 90067-3086
5 | Telephone: (213) 439-9400/Facsimile: (213) 439-9598
   | Email: docketing@steptoe.com

7 | Attorneys for Defendant
   |   AMERICAN EXPRESS COMPANY and AMERICAN
8 |   EXPRESS KABBAGE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS, | Case No. 2:24-CV-01631-MWF-PVCx |
| Plaintiff, | [Assigned to the Hon. Michael W. Fitzgerald] |
| vs. | **NOTICE OF INTERESTED PARTIES** |
| AMERICAN EXPRESS COMPANY; AMERICAN EXPRESS KABBAGE, INC, | |
| Defendants. | |

# NOTICE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 7.1-1, American Express Company and American Express Kabbage, Inc. ("American Express") hereby make the following disclosures:

1. Berkshire Hathaway owns more than 10% of American Express Company's stock.

**STEPTOE LLP**

Dated: April 3, 2024

By: /s/ *Brianna M. Bauer*
STEPHEN J. NEWMAN
BRIANNA M. BAUER

Attorneys for Defendant
AMERICAN EXPRESS COMPANY
and AMERICAN EXPRESS
KABBAGE, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2024, a copy of the foregoing **NOTICE OF INTERESTED PARTIES** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Brianna M. Bauer