1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BRANDON JOE WILLIAMS, | ) Case No. 2:24-CV-01631-MWF-PVCx |
|---|---|
| Plaintiff, | ) [Assigned to the Hon. Michael W. Fitzgerald] |
| vs. | ) |
| AMERICAN EXPRESS COMPANY; AMERICAN EXPRESS KABBAGE, INC, | ) **[PROPOSED] ORDER GRANTING AMERICAN EXPRESS'S MOTION TO DISMISS** |
| Defendants. | ) DATE:  May 6, 2024<br>) TIME:  10:00 AM<br>) DEPT:  5A |


# ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendants American Express Company and American Express Kabbage, Inc.'s ("American Express") Motion to Dismiss, and any responses thereto, the Motion is hereby GRANTED WITHOUT LEAVE TO AMEND. Plaintiff's claims against American Express are DISMISSED WITH PREJUDICE.

Dated: _____          _____
                                Hon. Michael W. Fitzgerald
                                United States District Court Judge