# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN EXPRESS COMPANY;<br>AMERICAN EXPRESS KABBAGE, INC,<br><br>　　　　Defendants. | Case No. 2:24-CV-01631-MWF-PVCx<br><br>[Assigned to the Hon. Michael W. Fitzgerald]<br><br>**[PROPOSED] ORDER GRANTING AMERICAN EXPRESS'S MOTION TO DISMISS**<br><br>DATE:　May 6, 2024<br>TIME:　10:00 AM<br>DEPT:　5A |

## **ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of Defendants American Express Company and American Express Kabbage, Inc.'s ("American Express") Motion to Dismiss, and any responses thereto, the Motion is hereby GRANTED WITHOUT LEAVE TO AMEND. Plaintiff's claims against American Express are DISMISSED WITH PREJUDICE.

Dated: _____           _____
                                Hon. Michael W. Fitzgerald
                                United States District Court Judge