**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT of CALIFORNIA**
**WESTERN DIVISION (LOS ANGELES)**

CIVIL ACTION NO:  **2:24-cv-01631-MWF-PVC**

| | |
|---|---|
| BRANDON JOE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN EXPRESS COMPANY;<br>AMERICAN EXPRESS KABBAGE<br>INC.<br>　　　　Defendants. | **Honorable Judge Michael W. Fitzgerald**<br><br>**Magistrate Judge Pedro V. Castillo** |

## NOTICE IN RESPONSE TO COURT'S ORDER AND PRO SE STATUS

COMES NOW, BRANDON JOE WILLIAMS, plaintiff, by and through Brandon Joe Williams, Agent, Pro Se, and hereby files this Notice in Response to Court's Order and Pro Se Status, pursuant to the Court's Order entered 03/06/2024 (*Id*. at dkt. 10), in the Cause captioned above, and in support thereof, would show this honorable court the following:

1. The plaintiff has received and thoroughly reviewed the Court's *Self-Representation* Order dated March 6, 2024.

2. The plaintiff fully understands the responsibilities, challenges, and risks associated with self-representation as outlined in the Self-Representation

Order and is prepared to proceed in compliance with all applicable laws, rules, and procedures.

3. The plaintiff acknowledges the Court's advisement against pro se representation without the assistance of legal counsel due to the complexities and demands of litigating in federal court.

4. The plaintiff is aware that as a pro se litigant, he will be held to the same standards as licensed attorneys in matters of legal procedure and substantive law as applicable to this case.

5. The plaintiff understands that the Court and its staff cannot provide legal advice or assistance in case preparation or strategy.

6. The plaintiff is committed to diligently preparing his case and conducting all related legal matters in accordance with the rules and practices of the Court.

7. The plaintiff acknowledges the resources available to pro se litigants, including the Pro Se Clinic, and will seek assistance as necessary while understanding the responsibility to independently navigate the legal system.

8. The plaintiff hereby asserts his intention to proceed pro se and affirms his understanding of this decision and its implications as per the Self-Representation Order issued by this Court.

**WHEREFORE**, the plaintiff respectfully submits this Notice to affirm his pro se status and his understanding of the Court's Self-Representation Order.

## Pro Se Status

PLEASE TAKE NOTICE that the Plaintiff, BRANDON JOE WILLIAMS, by and through Brandon Joe Williams, states as follows:

All officers of the court for the United States District Court, for the Central District of California, are hereby placed on notice under authority of the *supremacy and equal protection clauses* of the United States Constitution and the common law authorities of *Haines v Kerner*, 404 U.S. 519, *Platsky v. C.I.A.* 953 F.2d. 25, and *Anastasoff v. United States*, 223 F.3d 898 (8th Cir. 2000) relying on *Willy v. Coastal Corp.*, 503 U.S. 131, 135 (1992), *United States v. International Business Machines Corp.*, 517 U.S. 843, 856 (1996), quoting *Payne v. Tennessee*, 501 U.S. 808, 842 (1991) (Souter, J., concurring), *Trinsey v. Pagliaro*, D.C. Pa. 1964, 229 F. Supp. 647, *American Red Cross v. Community Blood Center of the Ozarks*, 257 F.3d 859 (8th Cir. 07/25/2001).

*In re Haines*: pro se litigants (Plaintiff is a pro se litigant) are held to less stringent pleading standards than BAR registered attorneys. Regardless of the deficiencies in their pleadings, pro se litigants are entitled to the opportunity to submit evidence in support of their claims. *In re Platsky*: "court errs if court dismisses the pro se litigant (Plaintiff is a pro se litigant) without instruction of how pleadings are deficient and how to repair pleadings." *In re Anastasoff*: litigants' constitutional rights are violated when courts depart from precedent where parties are similarly situated. All litigants have a constitutional right to have their claims adjudicated according to the rule of precedent. Statements of counsel, in their briefs

or their arguments are not sufficient for a motion to dismiss or for summary

judgment, *Trinsey v. Pagliaro*, D.C. Pa. 1964, 229 F. Supp. 647.

April 11, 2024                                        RESPECTFULLY SUBMITTED,


                                                     BRANDON JOE WILLIAMS


                                                     BY: /s/ *Brandon Joe Williams*
                                                     Brandon Joe Williams, Agent, Pro Se
                                                     P.O. Box 1962
                                                     Glendale, California 91209
                                                     brandon@williamsandwilliamslawfirm.com

                                                     (213) 309-7138


## Certificate of Service

       Plaintiff certifies that on April 11th, 2024, the foregoing *NOTICE IN RESPONSE TO COURT'S ORDER AND PRO SE STATUS* was filed with the Clerk of this Court via ECF.  I further certify that, as of the same date, all counsel of record below were served with a copy via email and ECF.

***Distribution:***

Brianna M. Bauer
Steptoe and Johnson LLP
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
213-439-9400
bbauer@steptoe.com