# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT of CALIFORNIA
# WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO: **2:24-cv-01631-MWF-PVC**

| | |
|---|---|
| BRANDON JOE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY;<br>AMERICAN EXPRESS KABBAGE INC.<br><br>Defendants. | **Honorable Judge Michael W. Fitzgerald**<br><br>**Magistrate Judge Pedro V. Castillo**<br><br>HEARING DATE: May 6, 2024<br>TIME: 10:00 AM<br>ROOM: 5A |

## NOTICE OF MOTION AND MOTION FOR ENLARGEMENT OF TIME

PLEASE TAKE NOTICE that, on May 6, 2024, at 10:00 a.m., or as soon as possible thereafter as Plaintiff may be heard, in Courtroom 5A of the First Street Courthouse of the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California 90012, Plaintiff Brandon Joe Williams ("Plaintiff") will and hereby move this Honorable Court for an Order of Enlargement of Time.

## MOTION

COMES NOW, the Plaintiff, BRANDON JOE WILLIAM'S, through Brandon Joe William's, agent, pro se, and respectfully moves this Honorable Court for an

enlargement of time in which to file a *Response in Opposition* to the Defendants' Motion to Dismiss, and as grounds thereof states the following:

1. Defendants, through counsel, filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) dated April 4th, 2024.

2. Plaintiff believes that the Defendants' Motion is lacking procedurally pursuant to the Local Rules of this Court.

3. Plaintiff believes he is obligated to file a Response in Opposition to the Defendants' Motion to Dismiss on or before April 14th, 2024, pursuant to Local Rule 7-9.

4. Prior to filing the Plaintiff's Response in Opposition, he intends to schedule a meet and confer with opposing counsel as required by Local Rule 7-3.

5. Plaintiff is not filing this Motion for Enlargement of Time for any dilatory purposes or reasons.

6. The Defendants will not be prejudiced by this enlargement of time.

7. Plaintiff expects to file a *Motion to Strike* pursuant to Federal Rule of Civil Procedure 12(f) contingent upon the outcome of the meet and confer with opposing counsel.

8. Plaintiff respectfully requests an enlargement of time of 15 days following the conclusion of the pending meet and confer to file any responsive pleading.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant an enlargement of time of 15 days following the conclusion of the meet and confer with

opposing counsel for Plaintiff to file his Response in Opposition to Defendants' Motion to Dismiss.

April 11, 2024                                        RESPECTFULLY SUBMITTED,

                                                      BRANDON JOE WILLIAMS

                                                      BY: /s/ *Brandon Joe Williams*
                                                      Brandon Joe Williams, Agent, Pro Se
                                                      P.O. Box 1962
                                                      Glendale, California 91209
                                                      brandon@williamsandwilliamslawfirm.com
                                                      (213) 309-7138

## Certificate of Service

Plaintiff certifies that on April 11th, 2024, the foregoing *NOTICE OF MOTION AND MOTION FOR ENLARGEMENT OF TIME* was filed with the Clerk of this Court via ECF. I further certify that, as of the same date, all counsel of record below were served with a copy via email and ECF.

### *Distribution:*

Brianna M. Bauer
Steptoe and Johnson LLP
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
213-439-9400
bbauer@steptoe.com