UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA
WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO: **2:24-cv-01631-MWF-PVC**

| | |
|---|---|
| BRANDON JOE WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY; AMERICAN EXPRESS KABBAGE INC.<br><br>    Defendants. | **Honorable Judge Michael W. Fitzgerald**<br><br>**Magistrate Judge Pedro V. Castillo** |

## (PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Before the Court is Plaintiff Brandon Joe William's *Notice of Motion and Motion for Enlargement of Time* to Respond to Defendants' *Motion to Dismiss* pursuant to Federal Rule of Civil Procedure 12(b)(6).

Upon consideration of the Motion, the statements therein, and for good cause shown:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Enlargement of Time to file a Response in Opposition to Defendants' Motion to Dismiss is GRANTED.

**IT IS FURTHER ORDERED** that:

1. Plaintiff shall have 7 days from the date of this Order to schedule the meet and confer with opposing counsel as required by Local Rule 7-3.

2. Plaintiff's obligation to file a Response in Opposition to Defendants' Motion to Dismiss or a Motion to Strike is extended for 15 days thereafter the date of the meet and confer.

**IT IS SO ORDERED.**

Dated:_____                                    _____

                                                                                       Judge, United States District Court

*Distribution:*

Brianna M. Bauer  
Steptoe and Johnson LLP  
2029 Century Park East, 18th Floor  
Los Angeles, CA 90067-3086  
213-439-9400  
bbauer@steptoe.com

Brandon Joe Williams, Agent, Pro Se  
P.O. Box 1962  
Glendale, California 91209  
brandon@williamsandwilliamslawfirm.com  
(213) 309-7138