UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | CV 24-1631-MWF (PVCx) | **Date:** | April 12, 2024 |
| **Title:** | Brandon Joe Williams v. American Express Company, et al. | | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:                                   Court Reporter:
Rita Sanchez                                    Not Reported

Attorneys Present for Plaintiff:        Attorneys Present for Defendants:
None Present                                   None Present

**Proceedings (In Chambers):**   ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME [18]

Before the Court is pro se Plaintiff Brandon Joe Williams' Motion for Enlargement of Time (the "Motion"), filed on April 11, 2024. (Docket No. 18). The Motion seeks an enlargement of time for Plaintiff to file an opposition to Defendants' pending Motions to Dismiss (Docket Nos. 15, 16), which were noticed for a hearing on May 6, 2024. (Motion at 2). Pursuant to Local Rule 7-9, Plaintiff is required to file his opposition on April 15, 2024. Plaintiff requests a 15-day extension because "he intends to schedule a meet and confer with opposing counsel" regarding a motion to strike he plans on filing. (*Id.*).

Because the Motion seeks an extension of an upcoming deadline, the Court construes the Motion as seeking ex parte relief for an extension. The Motion is **GRANTED *in part***. Accordingly, the Court **ORDERS** the following briefing and hearing schedule:

- Plaintiff's opposition to the pending Motions to Dismiss must be filed no later than **April 22, 2024**.

- Defendants' replies in support of their respective motions must be filed no later than **April 29, 2024**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 24-1631-MWF (PVCx)          **Date:**  April 12, 2024
**Title:**   Brandon Joe Williams v. American Express Company, et al.

- The hearing on **May 6, 2024**, is **VACATED** and taken off calendar.  If the Court determines that a hearing is necessary, it will be re-set at a later date.

IT IS SO ORDERED.

The Court notes that Plaintiff does not have a lawyer.  Parties in court without a lawyer are called "*pro se* litigants."  These parties often face special challenges in federal court.  Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic).  *Pro se* litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.