Stephen J. Newman (SBN 181570)
*snewman@steptoe.com*
Brianna M. Bauer (SBN 348309*)*
*bbauer@steptoe.com*
**STEPTOE LLP**
2029 Century Park East, 18th Floor
Los Angeles, California 90067-3086
Telephone: (213) 439-9400/Facsimile: (213) 439-9598
Email: *docketing@steptoe.com*

Attorneys for Defendant
  AMERICAN EXPRESS COMPANY and AMERICAN
  EXPRESS KABBAGE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS,<br><br>                  Plaintiff,<br><br>        vs.<br><br>AMERICAN EXPRESS COMPANY;<br>AMERICAN EXPRESS KABBAGE,<br>INC,<br><br>                  Defendants. | Case No. 2:24-CV-01631-MWF-PVCx<br><br>[Assigned to the Hon. Michael W. Fitzgerald]<br><br>**DECLARATION OF BRIANNA M. BAUER IN SUPPORT OF MOTION FOR RELIEF FROM LOCAL RULE 7-3** |

## <u>DECLARATION OF BRIANNA M. BAUER</u>

I, Brianna M. Bauer, hereby declare as follows:

1.      I am an associate at Steptoe LLP, counsel for American Express Company and American Express Kabbage, Inc. (collectively, "American Express"). The facts set forth herein are true of my own personal knowledge or based upon my review of the relevant documents and files.  If called as a witness, I could and would competently testify thereto.

2.      Plaintiff Brandon Joe Williams ("Plaintiff") runs an online business called Williams and Williams Law Group (or Williams and Williams Law Firm), which is located at https://www.williamsandwilliamslawfirm.com/.  However, a review of the California State Bar's website does not show that Plaintiff is in fact licensed to practice law in California.  On the "About" page, Plaintiff introduces himself and his team.  Attached hereto as **Exhibit A** is a true and correct copy of a pdf screenshot from https://www.williamsandwilliamslawfirm.com/about, captured by Steptoe LLP's Research and Information Services staff on April 12, 2024.

3.      On Plaintiff's "About" page, Plaintiff refers to another website to learn more about himself and his services, which is called onestupidfuck.com.  On this website, Plaintiff describes himself as a "horny, worthless, racists bastard looking for his next victim."  Attached hereto as **Exhibit B** is a true and correct copy of a pdf screenshot from https://onestupidfuck.com/, which I captured on April 19, 2024.

4.      Plaintiff offers services to help others file lawsuits against financial institutions in state and federal courts.  Plaintiff identifies himself and his team as "attorneys-in-fact".  Attached hereto as **Exhibit C** and **Exhibit D** are a true and correct copies of pdf screenshots from https://www.williamsandwilliamslawfirm.com/how-litigation-works  and https://www.williamsandwilliamslawfirm.com/questionsandanswers,  captured by Steptoe LLP's Research and Information Services staff on April 12, 2024.

5.      Plaintiff offers, by working as an "attorney-in-fact", to help others avoid their debt obligations by having their debt "discharged" so that they can obtain "infinite money."  Plaintiff also offers contract-drafting services, and seems to offer services in helping businesses avoid their tax obligations.  Attached hereto as **Exhibit E** is a true and correct copy of a pdf screenshot from https://www.williamsandwilliamslawfirm.com/services, captured by Steptoe LLP's Research and Information Services staff on April 12, 2024.

6.      Plaintiff blogs about the cases that he is working on, including this present case.  Attached hereto as **Exhibit F** is a true and correct copy of a pdf screenshot from https://www.williamsandwilliamslawfirm.com/current-and-previous-litigation, captured by Steptoe LLP's Research and Information Services staff on April 12, 2024.

7.      On April 11, 2024, Plaintiff filed a Motion for Enlargement of Time to File Response to American Express's Motion to Dismiss.  Afterwards, Plaintiff sent an email to me requesting that we meet and confer concerning American Express's Motion to Dismiss.  In the email, Plaintiff attached an agenda outlining the points he wanted to discuss.  Attached hereto as **Exhibit G** is a true and correct copy of Plaintiff's April 11, 2024 email and agenda.

8.      On April 11, 2024, I attempted to contact Plaintiff to confer with him at his requested phone number.  Plaintiff did not answer the call.  I subsequently emailed Plaintiff requesting that he call me at (213) 439-9404.  Attached hereto as **Exhibit H** is a true and correct copy of that relevant email correspondence.

9.      On April 11, 2024, the parties met over the phone to discuss American Express's Motion to Dismiss and Plaintiff's anticipated Motion to Strike.  However, Plaintiff admitted he was not ready to discuss these motions.  Plaintiff and I then scheduled a call for April 16, 2024 at 2:00 p.m. to confer regarding the motions.

1      10.    On April 12, 2024, Plaintiff sent a settlement demand letter to American

2   Express.  In the letter, Plaintiff threatens criminal prosecution against American

3   Express if it does not accept his settlement demands.  Attached hereto as **Exhibit I** is

4   a true and correct copy of Plaintiff's settlement demand letter.

5      11.    On April 15, 2024, I sent (via email) Plaintiff a letter cancelling the

6   April 16, 2024 call in light of his threats of criminal prosecution.  I informed him that

7   all future correspondence, including meet and confers, must be in writing.  Attached

8   hereto as **Exhibit J** is a true and correct copy of the April 15, 2024 email and letter.

9      12.    Afterwards, on April 15, 2024, Plaintiff emailed me that he insisted that

10   the parties meet in person.  Plaintiff also "offered" to record the meetings between

11   the parties.  In this email, Plaintiff wrote that that he would tell this Court that I

12   refused to confer with him outright if I did not agree to meet with him in person.  On

13   April 18, 2024, Plaintiff emailed me again repeating this threat.  Attached hereto as

14   **Exhibit K** and **Exhibit L** are true and correct copies of the relevant email

15   correspondence.

16

17      I declare under penalty of perjury under the laws of the United States that the

18   foregoing is true and correct.  Executed this 19th day of April, at Los Angeles,

19   California.

20

21

22                 */s/ Brianna M. Bauer*

23                 Brianna M. Bauer

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 19, 2024, a copy of the foregoing **DECLARATION OF BRIANNA M. BAUER IN SUPPORT OF MOTION FOR RELIEF FROM LOCAL RULE 7-3** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

*/s/ Brianna M. Bauer*

CERTIFICATE OF SERVICE
Case No. 2:24-CV-01631-MWF-PVC