# EXHIBIT A

# About — Williams and WILLIAMS Law Firm

williamsandwilliamslawfirm.com/about

## Definitions - About Section:

**Ens legis:**
A creature of the law; an artificial being, as contrasted with a natural person. Applied to corporations, considered as deriving their existence entirely from the law. -Black's Law 4th Edition

**Public corporation:**
A public corporation is one created by the state for political purposes and to act as an agency in the administration of civil government. -Black's Law 4th edition

**Person:**
The term "person" shall be construed to mean and include an individual, a trust, estate, partnership, association, company or corporation. -26 USC 7701

**Nation:**
"An Independent body politic; a society of men united together for the purpose of promoting their mutual safety and advantage by the joint efforts of their combined strength. But every combination of men who govern themselves independently of all others will not be considered a nation. A body of pirates, for example, who govern themselves, are not a nation. To constitute a nation, another ingredient is required. The body thus formed must respect other nations in general, and each of their members in particular. Such a society has her affairs and her interests; she deliberates and takes resolutions in common, thus becoming a moral person, who possesses an understanding and will peculiar to herself, and is susceptible of obligations and rights." -Vattel, Prelim. Ill, 2; 5 Pet. (U. S.) 52. See 1 Idaho (N. S.) 612.

**Amnesty:**
Amnesty is the abolition and forgetfulness of the offense. -Black's Law 4th Edition

**Coalition:**
a temporary alliance of distinct parties, persons, or states for joint action. -Merriam-Webster's dictionary





Hi, I'm Brandon Joe Williams.

After 2+ years of heavy research and success, investing thousands of hours and well over $110,000 of my own Federal Reserve Notes into research, mentors, tests, marketing, etc… I am now fully equipped to service you the best I can.

My research can be found at www.onestupidfuck.com and that website contains a much more in-depth and "colorful" description of who I am.

I am the king of the nation called The Amnesty Coalition. More information on the nation can be found here: https://onestupidfuck.com/the-nation-of-the-amnesty-coalition

Yes, I am legally recognized as a king of my own foreign government pursuant to 18 USC 11. I enjoy full diplomatic immunity as a non-commercial ambassador of my nation. Commercial activity consumes a VERY small amount of my overall life. My goals are much larger than the corporeal microcosm known as "commerce."



Hi, I'm BRANDON JOE WILLIAMS®,

I am the ens legis. I am the public corporation. I am the product of the legal world. I have no gender and I exist as a person, in law, who only exists as an agency in the administration of civil government. I operate as a portal into the corporate world. I am a relay station that is a connecting point between the living world and the corporate world. I give living humans

limited liability in the commercial world. I protect Brandon Joe Williams from liability and I give him total freedom to operate in the commercial world with total immunity. I am very proud of what I do and I have a Durable Power of Attorney with Brandon Joe Williams and he has full freedom to operate on my behalf because I am unable to communicate myself or sign promissory notes without his help. If you would like to see a copy of our Durable Power of Attorney, please click on THIS LINK to see a PDF copy (it will open a new window).



Hi, I'm Tracy Daryl Baron - **Human Resources Expert for Mergers and Acquisitions**

I helped Brandon build up and structure Droughtscape, the company we have together (www.droughtscapela.com). We took on the company for free and cleaned up all the financial, legal and tax-related issues that the company had and converted it into something that runs beautifully. It was a complete mess when we acquired it.

I realized that my skills in motivating and assisting staff, of which I have developed being a foreman in construction for over 2 decades, is applicable in other areas outside of construction.

When I took over my father's company, I reached out to Brandon to get some help. He offered to partner with me, and thus a beautiful union was formed.

When we were first threatened by the Employment Development Department in California, I was the one who DRAGGED Brandon to find extreme solutions and, without my motivation, Brandon would have never started all this research.

We make a great team and I will be helping him with Mergers and Acquisions as well as other administrative work, as his workload becomes more than he can handle.



Hi, I'm TRACY DARYL BARON,

I am the ens legis. I am the public corporation. I am the product of the legal world. I have no gender and I exist as a person, in law, who only exists as an agency in the administration of civil government. I operate as a portal into the corporate world. I am a relay station that is a connecting point between the living world and the corporate world. I give living humans limited liability in the commercial world. I protect Tracy Daryl Baron from liability and I give him total freedom to operate in the commercial world with total immunity. I am very proud of what I do.





YOUR FINANCIAL LEGACY AWAITS

Hi, I'm Joey Kimbrough (otherwise known as Pro Se Joe) - **Litigation Expert**

Allow me to introduce myself - I am Joey Kimbrough, also known as Pro Se Joe, a proud Hoosier like my friend Brandon. Since 2021, I've been passionately assisting others as an attorney-in-fact, empowering individuals to navigate the legal system independently.

My overarching goal is to create a comprehensive and entirely free course that enables everyone in North America to operate autonomously within the legal realm. EVERYONE deserves to know how to stand on their own two feet in the legal system.

I'd like to share some highlights from my legal journey, where I've actively participated as both a defendant and plaintiff:

1. **Cause number 34D04-2112-CC-003201:** This case marked the beginning of my pro se litigation journey. Facing a lawsuit from American Express ("AMEX"), I have staunchly defended myself as the defendant. I'm pleased to report that the case has progressed in my favor, with a pending "Motion for Default Judgment" awaiting court review. I LOVE being a defendant but my preference would always be the one bringing forth the complaint (Plaintiff).

2. **Cause number 1:22-cv-01217-SEB-DML:** Taking on the role of the plaintiff, I sued Snap-On Credit, Experian, and Equifax under 15 U.S.C. § 1681. The outcome was highly successful, securing a victory that resulted in a $34,500 settlement from the defendants and a credit score of 839, one of the highest in the nation.

3. **Cause number 1:23-cv-00372-JPH-TAB:** In an attempt to replicate my success in federal court, I assisted a combat veteran friend in bringing forth a complaint against 8 defendants. Seven defendants have been settled and dismissed (money in the bank), with one remaining in this cause of action. This cause of action was also brought forth pursuant to 15 U.S.C. § 1681. Happy to say that my friends credit score was raised by 128 points as result of the efforts!

4. **Cause number 1:22-cv-1993-TWP-MJD:** Engaging in litigation against American Express ("AMEX") in federal court, this case has been an invaluable learning experience. While ongoing, it has provided insights into various aspects of the litigation process. This cause of action has shown me the lengths to which the Courts (and their officers - i.e. Bar Card Attorneys) will go in an attempt to keep us from our rights to due process.

These cases are just a glimpse into my journey, and I would be delighted to share more about other ongoing state and federal cases. The "Discovery" process, in particular, holds a special place in my heart as it grants access to the defendants' "back office," revealing the lengths corporations go to in ensuring our rights are trampled.

If you are interested in learning more or discussing the intricacies of pro se litigation, please feel free to reach out. I am always open to sharing knowledge and experiences.

Thank you for your time, and I look forward to the opportunity to connect.



Hi, I'm JOEY DOUGLAS KIMBROUGH,

I am the ens legis. I am the public corporation. I am the product of the legal world. I have no gender and I exist as a person, in law, who only exists as an agency in the administration of civil government. I operate as a portal into the corporate world. I am a relay station that is a connecting point between the living world and the corporate world. I give living humans limited liability in the commercial world. I protect Joey Kimbrough from liability and I give him total freedom to operate in the commercial world with total immunity. I am very proud of what I do.

Click Here to Work With Us