# EXHIBIT B

Mobile Users Who are Retarded: The Menu is Accessed by the Two Small Lines Just to the Left of the Logo at the Top of the Page   ×

STEP-BY-STEP GUIDE (Start here)   My Stupid Bio
Don't Be a Slave Book   Love is a Battle Book
State National Theory   State National Services
Public Notice   Free Contract Killing
"Fan" Art and Submissions   Podcast
Cucumber's Law Dicktionary and AI Innovation
The Nation of The Amnesty Coalition
Williams and WILLIAMS Law Group

Send me a fucking message

# Welcome to my burning dumpster fire of a website. I hope you hate it as much as I do.



4/19/24, 6:16 AM    Case 2:24-cv-01631-MWF-PVC   Document 20-3   Filed 04/19/24   Page 3 of 4   Page ID #:162
Brandon Joe Williams – One Stupid Fuck



# CLICK HERE IF IT'S YOUR FIRST TIME HERE AND YOU DON'T KNOW WHERE TO START



A horny, worthless, racist bastard looking for his next victim.

Sometimes, certain people in life evolve over and over again and eventually hit a truly advanced level of complete fucking shit. I make those people look valuable.

Read about how depressing I am →

I'm in Los Angeles. If you're thinking about sending a message… don't. Watch my Contract Killer Course videos first before wasting my time. If you're a cute girl trying to get my attention, send me a message.

SECRET MENU

Click here to see my "store" (don't do it!)

Copyright 2022-2024. Don't steal my shit. Fuck you.

FOLLOW MY RETARDED CONTENT

Instagram
Facebook
LinkedIn
YouTube/Podcasts
Amazon Author Page