# EXHIBIT C

## How Litigation Works:

williamsandwilliamslawfirm.com/how-litigation-works



So we are just now (finally) starting to take on litigation. We have a few clients that we're currently looking at moving into litigation, as needed, to get compliance on their loans, discharges and refunds.

As of this time, we are pretty much only taking on loans, securities, swaps, etc. Every single mortgage, every single credit card, every single Certificate of Title (which is a security), tickets and anything issued by the courts are all securities, etc. Almost everything is a security and we are, for the time being, specializing in securities.

WE ARE NOT TAKING ON CRIMINAL CASES, DEFENSE CASES, CPS CASES/CASES INVOLVING CHILDREN OR ANYTHING OUTSIDE OF LOANS AND SECURITIES. THIS WILL CHANGE AS WE LEARN MORE AND MORE PEOPLE ARE ONBOARDED ONTO THE TEAM. WE ARE LOOKING FOR MULTI-MORTGAGE SITUATIONS (LIKE INVESTORS), PEOPLE WITH MASSIVE OR MANY LOANS, ETC. WE ARE NOT LOOKING FOR PEOPLE WITH A FEW SMALL CREDIT CARDS AT THIS TIME.

Now let's move on to the nitty gritty as to how this works:

1. We operate as attorneys-in-fact through the Power of Attorney Act located at the Federal level and in each State. Due to the way that the laws are set up, we cannot file on your behalf and present on your behalf. So the way it works is we help you write everything and we help you present yourself. This is the only way we can pull this off. WE ARE VERY CLEAR AND TRANSPARENT ABOUT OUR INVOLVEMENT IN THE CASE (we will come to teleconferences, etc, as needed. We just can't file on your behalf and run the whole show for you, legally).

2. We will use your ens legis to operate in the court. We can also use the power of naturalization to move around the location of your ens legis in order to get done what we need. But most massive securities cases will be Federal cases, not State.

3. There are many benefits of being a pro se litigant. The courts are much more lenient on pro se litigants in terms of procedure and structure. THIS DOES NOT MEAN YOU CAN BE SLOPPY AND DISRESPECTFUL, THIS MEANS THAT YOU CAN MAKE MISTAKES WITHOUT IT DERAILING THE CASE. Licensed attorneys do not have this freedom.

4. You need to be ready to stand on your own two feet. We need to see that you have filed things, you study, you are organized and are emotionally and physically ready for a possibly long ride. Terrified wives/husbands and weak associates around you that influence your life or mind may disqualify you as a client. You don't need to have a huge track record of success, we just need to see you are focused, stable, intentional and ABLE TO TAKE DEFINITIVE ACTION. Plus we need to make sure you already understand the basics of many things that I cover in the Contract Killer Course. WE NEED TO SEE ACTUAL EVIDENCE THAT YOU TAKE ACTION AND ARE NOT SCARED TO MOVE FORWARD AND STUDY HARD TO GET THINGS DONE (EVEN IF YOUR ATTEMPTS WERE NOT SUCCESSFUL… THAT'S OK).

5. THERE WILL BE A VERY LARGE DOWN PAYMENT THAT WILL BE DUE AT THE BEGINNING OF THE LAWSUIT, IF WE DECIDE TO WORK WITH YOU. THIS DOWN PAYMENT KEEPS YOU IN THE GAME. IF YOU DECIDE YOU WANT TO GIVE UP LIKE A WEAKLING THEN YOU FORFEIT THAT DOWN PAYMENT. THIS KEEPS THE CLIENT ON THEIR TOES, IN THE BOAT AND ON OUR TEAM THE WHOLE TIME. This down payment can often range from $50,000-250,000 (yes, we can discharge this down payment for you if you pay it on a credit card or other loan and we can just sue that finance company as well as part of our cases).

6. Next, the winnings of the lawsuit are split up usually like a 50/50% split - the client gets 50% and we take and split up the 50%. This percentage can sometimes shift depending on the cases and requirements. As we grow and get many wins under our belt, this percentage (and the down payment) may change.

7. We expect the client to be working hard and learning. The client is in the "driver's" seat the entire time.

8. As we progress with our clients, if we have excellent success and enjoy working with the client (especially if we win), there MAY also be an option for the client to become part of the W&W team if they would like to do this kind of work professionally.

9. BY THE END OF WORKING WITH US, YOU SHOULD KNOW ENOUGH TO BE A FULL-BLOWN PRO SE LITIGANT ON YOUR OWN RIGHT. EVEN IF WE LOSE, THE AMOUNT OF EMPOWERMENT AND STABILITY THAT THIS WILL BRING INTO YOUR LIFE IS INCOMPREHENSIBLE. YOU WILL BE ABLE TO GET COMPLIANCE IN ANY AREA WITH EASE. IN MY OPINION, THIS POINT ALONE JUSTIFIES THE DOWN PAYMENT.

10. YOU ARE CONTRIBUTING TO US LEARNING, US BUILDING A TRACK RECORD, ADVERTISING TO GIVE AWAY THE CONTRACT KILLER COURSE FOR FREE, THE CREATION OF A FREE PRO SE LITIGANT COURSE (AND ADVERTISING TO GIVE IT AWAY), ETC. THIS IS NOT A "BUSINESS," THIS IS A CRUSADE. ANY PROSPECT TREATING THIS ACTIVITY AS SOME BULLSHIT CORNER HOTDOG STAND WILL BE DROPPED, WITH PREJUDICE.