# EXHIBIT D

# Questions and Answers:

☐ **williamsandwilliamslawfirm.com**/questionsandanswers

## Definitions - Questions and Answers Section:

**Federal (when capitalized, for example in 28 USC 3002(15)(A)):**
Meaning in between the corporate States, all of which are located in the District of Columbia. -Brandon Joe Williams

**State (when capitalized, for example in 28 USC 3002(14)):**
A corporation that is physically located in the District of Columbia. All the corporate States are located only and exclusively in the District of Columbia. -Brandon Joe Williams

- **state (when lowercase such as that used in 8 USC 1101(a)(21)):**
  In its largest sense, a "state" is a body politic or a society of men. -Black's Law 6th Edition

- **United States:**

  A Federal corporation - 28 USC 3002(15)(A). *Additional note: "The United States is located in the District of Columbia." as per UCC 9-307(h)

**US citizen:**
A natural person, corporation, trust, partnership, or association who has naturalized, as per 8 USC 1101(a)(23) into the District of Columbia as an employee or officer of the "Federal corporation" -Brandon Joe Williams

**Ens legis:**
A creature of the law; an artificial being, as contrasted with a natural person. Applied to corporations, considered as deriving their existence entirely from the law. -Black's Law 4th Edition

**Public corporation:**
A public corporation is one created by the state for political purposes and to act as an agency in the administration of civil government. -Black's Law 4th edition

**Person:**
The term "person" shall be construed to mean and include an individual, a trust, estate, partnership, association, company or corporation. -26 USC 7701

**Nation:**

"An Independent body politic; a society of men united together for the purpose of promoting their mutual safety and advantage by the joint efforts of their combined strength. But every combination of men who govern themselves independently of all others will not be considered a nation. A body of pirates, for example, who govern themselves, are not a nation. To constitute a nation, another ingredient is required. The body thus formed must respect other nations in general, and each of their members in particular. Such a society has her affairs and her interests; she deliberates and takes resolutions in common, thus becoming a moral person, who possesses an understanding and will peculiar to herself, and is susceptible of obligations and rights." -Vattel, Prelim. Ill, 2; 5 Pet. (U. S.) 52. See 1 Idaho (N. S.) 612.

**Amnesty:**

Amnesty is the abolition and forgetfulness of the offense. -Black's Law 4th Edition

**Coalition:**

a temporary alliance of distinct parties, persons, or states for joint action. -Merriam-Webster's dictionary

- **Corpus Juris Secundum:**

  Corpus juris is Latin for "body of law." It may also be the title of a large, encyclopedic collection of laws, comprising an entire body of law. -Cornell Law School Online ["secundum" means "second." So it means, literally, "second body of law" -Brandon Joe Williams]

- **Contract:**

  An agreement, upon sufficient consideration, to do or not to do a particular thing. -Black's Law 4th Edition

- **Consideration:**

  1. Consideration is not to be confounded with motive. Consideration means something which is of value in the eye of the law, moving from the plaintiff, either of benefit to the plaintiff or of detriment to the defendant. -Black's Law 4th Edition

  2. Nothing is consideration that is not regarded as such by both parties. Schlecht v. Schlecht, 168 Minn. 168, 209 N.W. 883, 887

If you would like to watch a fun 10 minute video that covers a lot of this information, click here: https://youtu.be/DMoAxTWCn9Y

**1. Are you licensed?**

Absolutely not, nor will I ever be. If you hire a licensed lawyer or attorney, you are a "client." A client, by definition from Corpus Juris Secundum, is defined as: "one who applies to a lawyer. Clients are also called 'wards of the court.'"

"Wards of court" are defined as "infants and persons of unsound mind."

A licensed lawyer "represents" you, which means they stand on your behalf because you are incapable of doing so. You are incapable of making decisions for yourself (which is why you also waive your rights and cannot claim your rights when you take on a licensed attorney as a "client.")

A licensed lawyer is called an "attorney-at-law." A non-licensed lawyer is called an "attorney-in-fact." BOTH OF THESE TERMS ARE LAWYERS. BOTH OF THESE TERMS ARE ATTORNEYS. Look these terms up for yourself online.

An "attorney-in-fact" is a non-licensed lawyer or attorney that acts as your "agent." Essentially, it is simply a better option than being a "client" because the Power of Attorney that is written between you and your AGENT, lays out all the particular rules of the relationship and allows you to reserve all your rights.

You can type "attorney-in-fact" into the internet and find plenty of information. You will also find that you do not need any special qualifications or licenses to be one.

If you are a child or you are legally retarded (meaning you cannot handle your own affairs on a day-by-day basis), you hire an attorney-at-law and become a client. If you are coherent and an adult, you hire an attorney-in-fact or "agent."

As an attorney-in-fact, our job is to essentially assist you in PRESENTING (not re-presenting) yourself. By operating in this manner, you become exponentially more powerful as both a plaintiff or a defendant.

Each and every corporate "State" has a "Power of Attorney Act" that clarifies and defines the usage of contracts to create "attorneys-in-fact." In California, a Power of Attorney can only be done between "natural persons" (meaning human beings, not corporations or legal fictions). But, in some corporate States (and also at the Federal level), corporations can have POAs with natural persons.

Even the American Bar Association (shockingly) has an excellent article on the subject of attorneys-in-fact at:
https://www.americanbar.org/groups/real_property_trust_estate/resources/estate_planning/power_of_attorney/

I refer to myself as a lawyer or attorney just to keep it simple, but the two designations explained above are VERY different and VERY important. Not all legal relationships are the same and you should be very careful to only work with **unlicensed** professionals.

A Power of Attorney, especially a limited one, protects your rights and allows you to have a higher chance of success in the court system. You explicitly state in the Power of Attorney that you are reserving all of your rights (which we help you do). The clearer and more transparent the contract becomes, the less chance there is of a degradation of your rights or standing can be assumed (only that of which is uncommunicated can be assumed).

## 2. Are you a member of the BAR?

Absolutely not, nor will I ever be. All the above information in point #1 applies the same to this question. The BAR is a private club that pretends as though it is the legal standard. Admission into the BAR is the exact same structure as admission into the tax code: COMPLETELY VOLUNTARY AND UNNECESSARY. It is entirely optional and based off VOLUNTARY COMPLIANCE.

## 3. Are you practicing in STATE OF CALIFORNIA?

In 8 USC 1101(a)(23), the tremendous power of naturalization is revealed: The term "naturalization" means the conferring of nationality of a state upon a person after birth, by any means whatsoever.

A "person" can be a corporation. So I confer the nationality of The Amnesty Coalition on myself, as the natural person, and I can confer the nationality of absolutely any corporate "State" on my ens legis, BRANDON JOE WILLIAMS®, as much and often as I want. This is how I can legally operate in all 50 "States."

I am without the "United States" at all times as per 28 USC 1746 and operate solely as a national (as per 8 USC 1101(a)(21)) of the nation called The Amnesty Coalition. The definition of "national" is: The term "national" means a person owing permanent allegiance to a state.

I am a foreign friend of the courts and I operate in the courts using my ens legis/public corporation, BRANDON JOE WILLIAMS®.

STATE OF CALIFORNIA is a public corporation that is physically located in the District of Columbia. I have never been a resident, nor domiciled, in the corporation called United States. I have also never been a resident nor domiciled in STATE OF CALIFORNIA.

You can view the Dun and Bradstreet Business Directory listing, proving that it's just a corporation, for STATE OF CALIFORNIA here: https://www.dnb.com/business-directory/company-profiles.state_of_california.1a94ea44c86f736530ae2159b54677ff.html

## 4. Are you an officer of the court?

Absolutely not, nor will I ever be. I am a foreign friend of the court. Only licensed attorneys and BAR members are officers of the court.

**5. How is it legal for you to give legal advice or be a lawyer?**

As I have already explained, in depth: I do not reside or domicile in the United States as it is defined in 28 USC 3002(15) or how it is described in UCC 9-307(h). I am not a US citizen.

I also do not reside or domicile in the corporation called STATE OF CALIFORNIA. Thus I am not within the jurisdiction of the "State" or "Federal" Codes. Only my ens legis is ever located in any of those areas.

Secondly, I operate through the infinite and free capacity of contracts. Taking a look at 15 USC 1 shows that NO ONE (including the government) may meddle in contractual agreements.

Article 1, section 10 of the Constitution states (taking out a lot of the words of the quote because it's a lot to look at and clear up. Look it up if you want the whole text):

"No State shall … pass any … Law impairing the Obligation of Contracts …"

**NO STATE MAY INVOLVE THEMSELVES IN ANY LAW IMPAIRING THE OBLIGATION OF CONTRACTS.**

Through the contractual agreement of a Power of Attorney, I'm able to legally contract with anyone I want and in any way I want. As I mentioned before, this is called an "attorney-in-fact."

I am a foreign diplomat of my own nation called The Amnesty Coalition ("national" as per 8 USC 1101(a)(21)). I am an "internationally protected person" as per 18 USC 112.

I am a foreign government, as it is defined in 18 USC 11.

Any attempt to attack my right to practice as an attorney-in-fact will be met with a charge of international terrorism as well as intimidation of a diplomat on diplomatic mission. International terrorism, with myself being a national as per 8 USC 1101(a)(21), would be covered under 18 USC 2331(1)(C). Intimidation of an internationally protected person would be covered under 18 USC 112.

Many "States" even have special protections, in their Power of Attorney Act, that I can use to press charges for any difficulties that I run into involving getting my fiduciary duties completed.

**6. What States/states do you practice in?**

I do not personally practice in any of the incorporated "States" and only practice in the unincorporated states. I practice freely in all 50 unincorporated states, where there is no jurisdictional risk for my not being licensed to be an issue in the courts.

My ens legis practices freely in all incorporated "States" through the power of naturalization.

**7. Do you have experience in actual litigation?**

We are now just beginning to take on pro se litigation professionals that will be assisting. I, personally, do not have experience in litigation. I am learning through courses and mentorship to the fastest of my abilities. But I will be deferring to our new professionals, whom of which can be seen on our About page. View the "How Litigation Works" page for more information.

**8. If there are more "lockdowns" or other instances of gross government overreach in a felony-attempt to violate open commerce, will you assist in those situations?**

I would be honored to. Each individual felony violation of 15 USC 1 is up to a $100,000,000 penalty. I'll be very happy to take billions from the State. This will also be countless felony violations of 18 USC 241. This will be like winning the Power Ball Lottery.

**9. Are you supporters of law enforcement?**

YES! Enthusiastically. The problem of law enforcement is a very simple problem of a lack of clear and precise definitions. There are plans in the works to take some of the donations given to us and build out really amazing (and funny!) free educational material for law enforcement. Law enforcement wants to have law and order, and for that we salute them.

The basic purpose of the Sheriff's Office is "to keep the private populace calm, orderly, free of terror, etc. To improve the overall relations in the society by preventing and snubbing those who harm and annoy others and to pave the way and assist those who improve the society by their actions. To exercise the superior jurisdictional authority in an effort to keep the society productive, growing and cohesive."

The basic purpose of the police is: "To grease and improve the lines and flow of commercial activity by assisting and regulating commercial flow."

The basic purpose of the courts is: "to take the information collected for them and presented to the court to locate the truth and publish it. This would include the elimination of the sources of lies."

These basic purposes are simply missing basic definitions such as:

1. Motor vehicle

2. Traffic

3. Commerce

4. Corporation

The list goes on and on.

Anyone complaining about law enforcement should, in the same breath, be willing to produce the necessary educational material to assist all law enforcement in doing a better job.

Law enforcement wants to feel that they are doing something of value for the society by providing a structure. This is entirely possible by a simple adjustment in definitions - no different than adjusting an engine to make sure it runs right.

Law enforcement was never supposed to REPLACE our desire and ability to defend ourselves. Law enforcement was never supposed to be the sole source of FORCE in the society. It was supposed to be a supplementary arm of the society that assists us in having a group of overwhelming force to suppress and eliminate elements of the society that are deemed as dangerous or parasitic to the society as a group.

Law enforcement is an important and appreciated aspect of society. Thank you for your service.

**10. Are you political or a supporter of politics?**

Absolutely not. Politics is often weaponized in today's world and needs a major cleanup. Politics often comes down to creating contention in the society in order to control the society. We do NOT support the current political climate in America and we believe it needs a major cleanup. We are not supporters of either "side" of the political equation, regardless of what it may seem, and we do not donate or vote for either "party." Both parties lie and do not take the time to educate you on the most basic of aspects such as:

1. How the "United States" is a corporation

2. How you can file another kind of passport regaining all your rights as an American

3. How the tax system and the BAR are both entirely voluntary and optional

4. Basic knowledge of securities and the monetary system of America

5. How you think you have a "motor vehicle," while that actually means you are in a commercial activity

6. THE BASIC DEFINITIONS OF WORDS

We believe that any "political" entity that is not talking about and sharing the above information, for the benefit of mankind, is not a friend of mankind and has particular and specific motives… often uncommunicated. ALL OF THOSE MOTIVES STEM FROM A SCARCITY MINDSET AND WE DO NOT SUPPORT OR CONDONE SUCH BEHAVIOR.

We are entirely at peace in relation to 18 USC 11, but we will not and cannot ignore or sugar-coat the dangers that our current political scene openly displays to us. We are at peace, but we also do not kiss snakes.

**11. Are you "anti-government" or some kind of anarchists? Do you believe that the corporation called "United States" should be eliminated?**

Not necessarily. The Federal corporation has a lot of actually really wonderful information and codification. In the terms of the commercial world, the structure they have created is quite overcomplicated, but I actually really appreciate the corporation's efforts towards the codification of commercial activity.

Very simple adjustments can be done to shift the actions of the Federal corporation into something actually quite functional:

1. The natural elimination of the 14th Amendment (The 14th Amendment was already proven, in 1967, to have never been ratified by enough states to make it law - exact Congressional quotes found down lower on this page) - If it was eliminated, the "US citizen" classification would disappear, cleaning up most of North America. The police would disappear (only the Sheriff's office would remain). The FBI, CIA, ATF and IRS would all disappear. These employees could be relocated into positions that had more benefit for America. They don't all need to lose their jobs. They can all be relocated into an area that is tough on crimes that have victims.

2. The DMV being transparent about the fact that a "motor vehicle" is a commercial activity and that "registration" is the "Motor Vehicle Theft Prevention Program" of 34 USC 12611. THE PROGRAM IS VERY CLEAR THAT PEOPLE ARE SUPPOSED TO KNOW THAT THIS PROGRAM IS VOLUNTARY AND WAIVES ALL THEIR RIGHTS.

3. Federal Reserve Notes are securities and fall under the same laws of all other securities.

Etc, etc, etc.

THE ENTIRE GOVERNMENT IS NOT FUCKED. But there are a few specific points that, if adjusted, would handle a vast majority of the problems we see in this country.

We are NOT anti-government. We are "let's make adjustments to the government to make it more beneficial to us all as a country. Let's clarify the jobs of the government and make sure that the government is something that we would LIKE to have and that WE ARE PROUD to have."

You don't have people running around complaining about the Fire Department. WE MAKE CALENDERS OF THE MEMBERS OF THE FIRE DEPARTMENT HALF-NAKED. WE PRACTICALLY WORSHIP THE FIRE DEPARTMENT. Because they simply do their job and

they are valuable to the society at large.

We simply need to clean up the other areas of government in order to put the other areas into that same condition.

(Imagine the day we do half-naked calendars of our politicians!)

WE ARE NOT "ANTI-GOVERNMENT" AND WE ARE NOT "PRO-GOVERNMENT." We simply want to be the catalyst to create a new thought process where AREAS THAT WE ARE NOT HAPPY WITH ARE CORRECTED FOR THE BENEFIT OF EVERYONE.

There is nothing "anti-government" about that and we are not hostile to the government at-large.

"The government" and "politics" are two very different things. We are not "anti-government" but we are, ultimately, "anti-politics." The reason is because politics is pretty bad and needs a MAJOR overhaul.

"Politics" could be defined as "emotional warfare that is made to look like it is government, falsely."

Real government is the ACTUAL texts and ACTUAL inner-workings of the system. Politics is the FALSE REALITY made and broadcasted that does not mirror the ACTUAL operations of the system.

The government does not need a MONSTEROUS overhaul, in our opinion. A few solid tweaks and we will have a pretty solid commercial system.

**12. Why don't you use a title of nobility, such as "esquire," like many lawyers do?**

The term "esquire" was explicitly prohibited by the 13th Amendment. The use of the title of "esquire," is an antagonistic jab that lawyers that operate in the foreign corporate Federal zone use against the unincorporated United States of America.

The term "esquire" harkens back to our original desire to disconnect from England. It is viewed, erroneously, as a term of honor… but in actuality it is a term of combat. An "esquire" is an agent of the Crown. To be honest, we do not look at that idea as something necessarily negative at this point in time, but we simply do not use the term based out of a respect and adherence to the Constitution.

After the 14th amendment created the secondary citizenship type: Federal citizen (US citizen), it allowed the foreign lawyers to use the title "esquire" in the new incorporated zone.

Using titles of nobility in the unincorporated 50 original states is illegal and thus not something we will involve ourselves in. "Esquire" is a mark of an officer of the court.

**13. Are you involved in various societal campaigns such as Black Lives Matter or climate change organizations, etc.**

No. The concern of the Nation of The Amnesty Coalition is the basic education of words, terms and phrases. Our group and goals are ultimately an aspect of "social justice" in their own right. We feel that almost all groups, both on the "right" as well as the "left," have way too many unspoken political prejudices.

Many of these groups breed hate and, regardless of the intent of the group itself, there is the apparent product of the group. Those products are visible and we will not permit those products to be excused away. We are not interested in banging on any particular "drum" or yelling and screaming for any particular "cause." Even our desire to repeal the 14th Amendment will be achieved through calm, fun education… not yelling, screaming and upset.

We simply want to be the greatest source of educational material available on the planet involving the subject of the definitions of words, terms and phrases. We will not be involving ourselves in various groups.

We are open allies of the micronation called Slowjamistan and the sultan's application of 18 USC 11 is quite impressive in our eyes. We do promote the activities of Slowjamistan and Brandon Joe Williams is an Ambassador of Slowjamistan. You can view more information about the micronation of Slowjamistan at https://www.slowjamastan.org/. You can see pictures of myself with the Sultan and Chief Boarder Patrol in Slowjamistan down farther on this page.

We do not support any violent, angry or antagonistic groups, regardless of what they say they stand for. Even the antagonism found on www.onestupidfuck.com is all in good fun and is simply a style of engagement and branding. The PRODUCT of my faux antagonism is added fun and camaraderie in the group itself, not hate and anger. Our message is one of true peace and solidarity, not one of divisiveness and bloodshed.

**14. Are you intending on creating an industry of people who are pro se litigants?**

Oh yes, definitely. We intend on helping every single man or woman in the United States of America to operate pro se in the court systems. This is the true peaceful revolution that many have looked for and few have found. We will have a standing army of people who are excited to help the court systems enforce true law and order in our countries.

As a child you looked at the police, fire dept and other aspects of government through glory-washed eyes. You saw a superhero. You saw someone through the eyes of ideals that only the innocence of a child can muster.

Well, our desire to be superheroes has arrived. And we're going to get rich in the process. Life really doesn't get any better than this!

There will be an entire free course that will be made and released on how to operate pro se. We will have that done as soon as possible and it will change the world. That course will be required learning for all pro se clients.



## Some photos of myself in Slowjamistan with the Sultan, Randy Williams, as well as the Chief Boarder Agent, Mark Corona:





**IN 1967, CONGRESS RULED THAT THE 14TH AMENDMENT WAS UNCONSTITUTIONAL, A POSSIBLE "TOOL OF USURPTATION" AND THAT IT WAS NEVER RATIFIED BY 3/4S OF THE REQUIRED STATES:**



UNITED STATES     OF AMERICA

# Congressional Record

PROCEEDINGS AND DEBATES OF THE 90th CONGRESS
FIRST SESSION

## VOLUME 113—PART 12

JUNE 12, 1967, TO JUNE 20, 1967

(PAGES 15309 TO 16558)

6 DEC 1968

UNITED STATES GOVERNMENT PRINTING OFFICE, WASHINGTON, 1967

AUTHENTICATED
U.S. GOVERNMENT
INFORMATION
GPO

1/3



Click Here to Work With Us