# EXHIBIT E

# Services — Williams and WILLIAMS Law Firm

williamsandwilliamslawfirm.com/services



## Definitions - Services Section:

**Money:**
1. No State shall … make any Thing but gold and silver Coin a Tender in Payment of Debts. -Article 1 Section 10 of the Constitution

2. In usual and ordinary acceptation it means gold, silver, or paper money used as circulating medium of exchange, And does not embrace notes, bonds, evidences of debt, or other personal or real estate. -Black's Law 4th Edition

- **Tender:**
  1. The offer of performance, not performance itself, and, when unjustifiably refused, places other party in default and permits party making tender to exercise remedies for breach of contract. -Black's Law 4th Edition

  2. An offer of money; the act by which one produces and offers to a person holding a claim or demand against him the amount of money which he considers and admits to be due, in satisfaction of such claim or demand, without any stipulation or condition. -Black's Law 4th Edition

- **Securities:**
  Evidences of obligations to pay money or of rights to participate in earnings and distribution of corporate, trust, and other property. -Black's Law 4th Edition (Federal Reserve Notes are, by definition, securities)

**Note/instrument:**
An instrument is a "note" if it is a promise and is a "draft" if it is an order. If an instrument falls within the definition of both "note" and "draft," a person entitled to enforce the instrument may treat it as either. -UCC 3-104

**Person entitled to enforce:**
The holder of the instrument or person who has the power of a holder but is not in possession of the instrument. -Brandon Joe Williams

**Holder:**
Someone who has accepted an instrument after delivery. -Brandon Joe Williams

**Federal Reserve Notes:**
A promissory note/negotiable instrument that is evidence of a debt that the Federal corporation called "United States" has with the Federal Reserve Bank. -Brandon Joe Williams

**Negotiable instrument:**
A signed, written promise to pay where the holder possesses the value of the instrument. Whereas a non-negotiable instrument would be non-transferrable, such as an instrument written out to a specific person or an instrument that has been conditionally, restrictively or been given a full indorsement. -Brandon Joe Williams

**Indorsement:**
Instructions and commands as to how an instrument will be exchanged or transferred, given by the holder of the instrument or person qualified to act as the holder. -Brandon Joe Williams

**Payment:**
The fulfilment of a promise, or the performance of an agreement. -Black's Law 4th Edition

**Obligation:**
A formal and binding agreement or acknowledgment of a liability to pay a certain sum or do a certain thing. -Black's Law 4th Edition

**$:**
Means Federal Reserve Notes (securities, NOT MONEY). -Brandon Joe Williams

**Novation:**
The substitution of a new debt or obligation for an existing one. -Black's Law 4th Edition

**Nation:**

"An Independent body politic; a society of men united together for the purpose of promoting their mutual safety and advantage by the joint efforts of their combined strength. But every combination of men who govern themselves independently of all others will not be considered a nation. A body of pirates, for example, who govern themselves, are not a nation. To constitute a nation, another ingredient is required. The body thus formed must respect other nations in general, and each of their members in particular. Such a society has her affairs and her interests; she deliberates and takes resolutions in common, thus becoming a moral person, who possesses an understanding and will peculiar to herself, and is susceptible of obligations and rights." -Vattel, Prelim. Ill, 2; 5 Pet. (U. S.) 52. See 1 Idaho (N. S.) 612.

**Amnesty:**

Amnesty is the abolition and forgetfulness of the offense. -Black's Law 4th Edition

**Coalition:**

a temporary alliance of distinct parties, persons, or states for joint action. -Merriam-Webster's dictionary

**Crusade:**

A concerted effort or vigorous movement for a cause or against an abuse. -www.thefreedictionary.com

## Services:

**Important note 1: required donation rates are non-negotiable. I literally teach you how to discharge all your credit card transactions while keeping your cards open, so why my hourly rate would be a problem makes no sense to me. If you are unaware of my infinite money videos, please watch those videos prior to contacting me. Please see Important Note #4 below for links to the videos.**

**Important note 2: gold and silver coins (lawful money rather than "legal tender") is acceptable as a form of payment. We do not subscribe to the Uniform Commercial Code unilaterally, but we are also not enemies of it. Any tender of promissory note, accompanied with a banking relationship that allows us to successfully exchange it as per 31 CFR 328.5/328.6 will be met not only with total acceptance but wild enthusiasm. We simply want to survive and pay for advertising… a very simple existence. Again, why would you pay with lawful money when you can use legal tender and simply discharge it?**

**Important note 3: your donations go toward a religious crusade that I am involved in that will mostly go towards advertising, research and discovery. Your support**

accelerates this movement and my ultimate goal is still the same as it was during the Contract Killer Course... which is to spend more than $50,000 a month on paid advertising to GIVE THIS INFORMATION AWAY FOR FREE INTERNATIONALLY. Once I hit $50,000 a month in advertising, then I will move to $100,000 a month, then $150,000 a month… so on and so forth. Even after spending millions a month, I will still continue to find new avenues to continue to spread this critical information FOR FREE. I have quit my day job to fully immerse and focus my energy into this project. Eventually, this research will begin to extend into other countries (don't ask me when, I don't know). This is the plan and you are contributing to that plan. If you do not wish to contribute to that, DO NOT

attempt to hire us.

Important note 4: I have not cracked infinite money yet. You can see my current level of research on this subject by watching this video: https://youtu.be/895BWjS3ioY. Once you have seen that video, you can see this video of a successful example of a restrictively indorsed instrument that caused a revolving credit card balance to vanish without the card being closed: https://youtu.be/1aB9Q3g_nYw. There was also a "round 2" video released a couple months later which can be found here: https://youtu.be/d5dLVQ0p_a0. Once we crack infinite money, I may take on dramatically less clients. I will not know until we crack it and it is happening at a blazingly fast rate. If you want to pay me with a credit card that you plan on discharging, realize that I support you entirely and you should do just that! We are currently operating in litigation to finalize this and you can look at our Current and Previous Litigation

page to learn more.

Important note 5: there are no refunds as your securities/money donation is a gift. Do not hire me unless you are certain it is what you want to do. The last thing I need are weak and uncertain associates. This isn't just about me acquiring some securities, this is about exhuming a buried "United States of America" from the graveyard. Plus, if you plan on discharging our transactions (which you should be), refunds will not be smart to do and will screw up the accounting on your credit account.

Important note 6: I expect you to be learning and doing your homework while I assist you. If you have zero desire to learn any of this, I have zero desire to work with you.

\*\*\*\*\*\*

1. Mergers and Acquisitions:

As a heavily-trained devotee of <u>Dan S. Pena's Quantum Leap Advantage</u> technology, combined with building and acquiring small businesses and whipping them into shape, allows me to be very effective in M&A.

I have a partner, Tracy Baron, who will be involved in all M&A transactions.

The ideal acquisition for us is companies with SEVERE legal or financial troubles (especially HORRIFIC problems involving the IRS). As long as there is cashflow, there is always hope. If the IRS is showing up with guns, call us. We love that.

I will handle all legal and financial situations, help put together new marketing through market and client research, etc.

Tracy is a human resources behemoth and will comb through the staff (no matter how large), and eliminate about 80% of the staff while still INCREASING OVERALL PRODUCTIVITY AND PROFITABILITY. This is the first thing that is recommended to be done after any merger or acquisition by the great Dan S. Pena. This is the first thing Elon Musk did when he acquired Twitter.

After clearing away all the financial and legal difficulties and restructuring the company as a private irrevocable trust, we are able to massively increase profits while simultaneously placing the operation in the private, which will eliminate ALL taxation and government regulation. Once the individual nationality choices have been made for the board, then we now have a situation that is ENTIRELY outside the jurisdiction of the Federal government (this is when the fun begins).

All that is needed for us to be interested in a situation like this is a good, healthy cashflow. As long as there is plenty of flow, then the magic can happen.

Myself and Tracy will not be paid as consultants for this service and this service is only available by giving us a permanent section of the company. The structure of the company will be adjusted as a trust and we will train all the Board of Directors how to operate the organization as a trust.

Percentages and payments on these types of large transactions are negotiable, but 20% is common for something of this size. Depending on the troubles, that percentage may be higher than that.

The first step would be a call to go over the situation.

THE LARGER THE LEGAL AND TAX PROBLEMS, THE BETTER. NO ISSUE IS TOO BIG, AS LONG AS THERE IS ENOUGH TIME TO PROPERLY ADDRESS THE SITUATION.

**2. Letters on your behalf to your landlord to use your lease agreement as an instrument:**

This service is $1000 per mailing and may require more than one mailing and may require litigation, which is not included in the price.

This service is only available if you live in a large, corporate apartment building. Mom and pop operations will not understand or be able to utilize this situation and I am willing to send a gentle letter to them but I flat out refuse to twist their arm and rip it off. They are simply trying to survive and unless you want to explain all this to them, I will not be a party to their demise.

Any additional time needed for emails and phone calls will be a securities donation of $1000 per hour.

### 3. Letters on your behalf to your employer to eliminate all taxation from your job:

This service is $1000 per mailing and may require more than one mailing and may require litigation, which is not included in the price.

This situation is simpler to handle in mom and pop operations. Large corporations are more difficult and may require my time on the phone, which will be an hourly securities donation rate of $2000 per hour.
You can do a W4 and write "exempt" below line 4(c) - right in the blank space. Check the instructions, it says to do this!

Then sign the document like this:

Without prejudice
By: Williams, Brandon Joe/agent
For: BRANDON JOE WILLIAMS/Principal
Nonresident alien - "national" pursuant to 8 USC 1101(a)(21)

If you can fit all that on the page then you are GOLDEN. But if you still need my help, I'm here.

### 4. Revocation of Election affidavits sent to the IRS on your behalf to eliminate your election to be treated as a resident alien for the purposes of determining your tax liability as per 26 CFR 1.871-1:

You should honestly be doing this yourself. But I will help you file these documents for $3000. Any time needed above 2 hours will be donated at $2000 per hour.

I now have a free Revocation of Election affidavit available for download on the <u>Nation of the Amnesty Coalition</u> page on my other website.

### 5. Infinite money:

This is not fully cracked by me and not available as a service. If you want infinite money, you need to do it for yourself. INFINITE MONEY IS A MINDSET AND A LIFESTYLE, NOT SOMETHING YOU GO BEG SOMEONE ELSE FOR LIKE A LITTLE CHILD.
If you would like to learn everything I know about infinite money at this time, please view the important notes at the top of this section for links.

### 6. Diplomatic Immunity - Passport:

For $20,000 securities donation, you can fly to come and see me in Glendale, California. I will help you with your paperwork and PHYSICALLY GO WITH YOU TO YOUR APPOINTMENT LOCALLY WITH MY GIRL AT THE POST OFFICE THAT I HAVE A RELATIONSHIP WITH.

The oath to the covenant of The Amnesty Coalition will be done by me, live in person with a notary. There will be a special version of the Explanatory Statement which will include my wet ink signature, witnessed by the notary. I WILL PERSONALLY DELIVER THE OATH.

THIS IS NO GUARANTEE THAT YOUR PASSPORT WILL BE 4 OR 5 STARS. ALL I CAN DO IS MAKE SURE ALL YOUR DOCUMENTATION IS PERFECT.
This service will grant you, regardless of the stars, the highest possible status available in North America. This service will require me vetting and probing into your personal life prior to me taking you on as a client and this is not a purely securities-based transaction. This is a trust from God. If you do not have a good intent to help the world then your application will be denied.

### 7. Private Motor Carrier DOT number:

For $2000 I will get you a private motor carrier DOT number. You will need an EIN to something (preferably a private irrevocable trust) to get this done.
Using this number while doing something such as driving for Uber or Lyft is risky and complex and not recommended.

### 8. Private Irrevocable Trust (with EIN):

$10,000 securities donation. Any hours required above 5 will be at the donation rate of $2000 per hour.

### 9. Restructuring a business or corporation entirely in the private:

For smaller operations where myself and Tracy will not be interested in a partnership situation, there MAY be an option for consulting.

This service will be $3000 per hour and will include both myself and Tracy to clean up the operation.

**10. Actual litigation:**

View the How Litigation Works page for more information.

**11. Contract reading and killing. Novations. Writing contracts:**

$2000 securities donation per hour.

I will do everything in my power to help to get the upper hand in your contract or, minimally, will help you learn what went wrong to help with future deals.

I can also structure and write contracts for you from scratch or rewrite current contracts.

12. **Land patents - Creating your own kingdom:**

This is a LOT easier than it sounds. My current theory on this, above and beyond what I have spoken about in previous shows, is to simply sue the county and request as part of the remedy of the lawsuit that they prove what it is they do that benefits you as the beneficiary. Due to the fact that they won't be able to prove that, you simply request that all interest in the property be released, all previous "real estate taxes" be refunded, and force them to pay a LARGE fine for the fraud and also hit them with felony "enticement into slavery" charges, pursuant to 18 USC 1583. That's up to 30 years in prison and HEFTY fines.

This is not a service I offer at the moment, but I will soon and will be very excited to move this litigation forward on your behalf.

12. **Generalized consulting:**

$2000 per hour securities donation. This could be to look over existing documents, advice on various situations, looking over contracts, etc.

13. **Debt/tax discharge:**

This is being rolled into litigation now as it is never available to be done without litigation. Please view our How Litigation Works page for more information.

Click Here to Work With Us