# EXHIBIT F

# Current and Previous Litigation:

williamsandwilliamslawfirm.com/current-and-previous-litigation



## Important Notes:

1. I will be posting everything here and will give a basic outline of each case. The reason being is TRANSPARENCY as well as public access. Due to being an attorney-in-fact, I am not able to directly place my name or law firm on the documents. In an effort to be as transparent as possible, without being overbearing, I will post at least the basic original filing information.

2. Everyone interested in this subject should sign up for a PACER account at https://pacer.uscourts.gov/. What PACER means is "Public Access to Court Electronic Records" and is a service that is free to sign up for then there is a (somewhat) small charge for pulling documents. I recommend you create an account if you have an interest in searching through my various cases for information above and beyond the initial filling documents. PACER is how you can see all the filings and activities in all the below cases (as well as any other cases you may have an interest in). PACER is an absolute MUST for anyone moving into litigation.

3. As I learn more, I will be using these cases as well as all my experiences to build out the pro se/sui juris litigation course in the future. I will also have videos in that course on how to use PACER, how to break down complaints, etc.

## Case 1:

**Venue:** Minnesota - Federal

**Subject:** Negotiable instruments

**Case number:** 24-CV-100-SRN-DTS

**Brief overview:**
I was brought in on a real estate deal with multiple properties that was headed south. Upon investigation into the various contracts and documents, I noticed that several of the documents were unclaimed negotiable instruments that were released by all parties using a blank indorsement. I rapidly moved in and claimed those securities and commanded the real estate broker to have those collateral securities exchanged for Federal Reserve Notes in accordance with 12 USC 412. These orders were directly denied, thus causing our first lawsuit. This is also the first lawsuit where I met Joey Kimbrough and, without his help, this lawsuit would probably not have happened.

We are attempting to actually still do the original deal and pay everyone their commissions, as originally agreed. What is lacking is proper funding. This problem can be easily solved by simply following 12 USC 412.

**Mailing, civil cover sheet, summons and complaint:**
CLICK HERE TO VIEW THE PDF IN A SHARED DROPBOX FOLDER (will open in a new window)

**Personal remarks:**
I'll be frank with you, a lot of this is all new for me. I'm trying my best and not sure what will happen. But I'll tell you this, these first few cases might be tough but we WILL straighten this whole thing out and learn what is needed to have success as pro se/sui juris litigants. As you can see in the complaint, I made it very simple and left the emotion out of it. Keep in mind that an "allegation" is defined as "setting forth that of which YOU INTEND TO PROVE." So I'm not attaching 100 pages of bullshit. Honestly, I felt like the complaint was too long even at a little over 9 pages. The complaint is just the allegations… you don't need to substantiate those allegations until later (such as in discovery). You can see that I placed the ens legis names as the plaintiff and then mentioned how they are, essentially, presented by upper and lower case names. Keep in mind, as the plaintiff, you MUST grant jurisdiction to the court. So I made that delineation between the ens legis and the man/woman very low-key. There is no reason to be loud and obnoxious about these various persons, but we all know it's important to separate them out. You can see I did not use a lot of big words, did not list endless laws, and did not intend on crushing or squashing anyone. Keep in mind, we are attempting to actually get this original deal back on the rails and actually close this deal and PAY ALL THE ORIGINAL COMMISSIONS AND FULLY ADHERE TO ALL THE ORIGINAL AGREEMENTS. We aren't walking into the courtroom as psychotic, PCP snorting pieces of shit. I really want you guys to see how light, gentle, clear and simple this can be.

## Case 2:

**Venue:** Minnesota - Federal

**Subject:** Negotiable instruments and Peonage (Mortgage Lawsuit)

**Case number:** 24-CV-434-DWF-ECW

**Brief overview:**
My client had already sent a promissory note to his mortgage company to perform on his mortgage account. He also did an entire land patent process ALL ON HIS OWN. He sent the entire land patent, after completion, to the mortgage company. This is litigation after several attempts of my client to perform and inform. This is our first official case for infinite money.

**Mailing, civil cover sheet, summons and complaint:**
CLICK HERE TO VIEW THE PDF IN A SHARED DROPBOX FOLDER (will open in a new window)

**Personal remarks:**
This is our first OFFICIAL prototype for infinite money. This is also our OFFICIAL first lawsuit against a mortgage company. Case #3 and 4 are slightly more polished, but this case is a massive flag in the ground and symbolized our first major case built specifically and explicitly for infinite money. If you are not involved in a time-sensitive situation, I recommend you wait until I post case #3 and 4 so you can review them all. Because we now have a solid skeletal framework for all credit situations.

## Case 3:

**Venue:** Texas - Federal

**Subject:** Negotiable instruments and Peonage (Business loan)

**Case number:** 6:24-cv-00086-ADA-JCM

**Brief overview:**
My client has been in a peonage situation where his entire farm has been fraudulently pledged as collateral on a loan that did not need such collateral. My client has signed multiple promissory notes and AgTexas failed to inform my client of his indorsement options on the original collateral securities.

**Mailing, civil cover sheet, summons and complaint:**
CLICK HERE TO VIEW THE PDF IN A SHARED DROPBOX FOLDER (will open in a new window)

**Personal remarks:**
As you can see, there are only slight alterations from case #2. You are starting to see how this will be our first skeletal structure for all litigation in the realm of negotiable instruments.

## Case 4 (The AMEX case):

**Venue:** California - Federal

**Subject:** Negotiable instruments and Peonage

**Case number:** 2:24-cv-01631-MWF-PVC

**Brief overview:**
Here it is… the one you have been waiting for. My first pro se case on behalf of the ens legis. Let's get this party started.

**Mailing, civil cover sheet, summons and complaint:**
CLICK HERE TO VIEW THE PDF IN A SHARED DROPBOX FOLDER (will open in a new window)

**Personal remarks:**
None needed on this one. The magnum opus.