# EXHIBIT G

| | |
|---|---|
| From: | Brandon Joe Williams |
| To: | Bauer, Brianna |
| Subject: | [EXTERNAL] Meet and confer meeting |
| Date: | Thursday, April 11, 2024 1:19:44 PM |
| Attachments: | To email - Proposed Agenda Meet and Confer.pdf |
| | Local Rules On Pleadings and Motions.pdf |

Hello Miss Bauer,

I'm emailing you to schedule a meet and confer as regards to case number 2:24-cv-01631-MWF-PVC.

Please see attached agenda as well as a PDF screenshot of local rules section 7.

I am assuming the reasoning behind you not having a meet and confer with me for the motion you filed is in accordance with exemption 16-2(c). But I would like to make it known that I am not in custody so not sure how that exemption would fit.

You may email me back here or call/text me at 747-273-0799. I look forward to meeting with you.

Sincerely,
Brandon Joe Williams
Lawyer - Williams and WILLIAMS Law Group
www.williamsandwilliamslawfirm.com

**MEET AND CONFER AGENDA**

Pursuant to Local Rule 7-3

**Proposed dates**: Sat 4/13, Sun 4/14, or Tues 4/16

**Time**: After 2 PM, PST

**Location**: The court prefers "in person." There is a great spot near me called Chess Park Lounge which is open on the weekend or on Tuesday they open at 5. Or we can do it over the phone as well.

**Parties**:

Brandon Joe Williams (Plaintiff, Pro Se)

Brianna M. Bauer (Counsel for Defendants)

**AGENDA**

1. **Introduction**
   - Opening remarks and introductions.
   - Confirmation of the agenda and objectives for the meet and confer.
   - Affirmation of willingness to discuss and potentially resolve the issues at hand.
2. **Topic 1: Compliance with L.R. 7-3 Conference of Counsel Prior to Filing of Motions**
   - Discussion of the Local Rule 7-3 requirements for a conference prior to filing motions.
   - Plaintiff's concern that Defendants did not comply with the obligation to conduct a meet and confer session 7 days before filing their Motion to Dismiss.
   - Deliberation on the specific circumstances surrounding the Defendants' Motion to Dismiss and potential remedies.
3. **Topic 2: Compliance with L.R. 7-4 Requirements for Motions**
   - Review of Local Rule 7-4, with emphasis on the specific requirements for notices of motion.
   - Plaintiff's assertion that Defendants' Motion to Dismiss may be procedurally deficient for not meeting Local Rules 7-3 through 7-8.
   - Discussion on the implications of such procedural deficiencies and possible rectification measures.
   - Exploration of Defendants' position and the possibility of the Court declining to consider the Motion due to these issues.
4. **Topic 3: Compliance with L.R. 7-5 Moving Papers**
   - Analysis of the requirements set out by Local Rule 7-5 regarding moving papers.
   - Examination of the Defendants' compliance with Local Rule 7-5(b) concerning the submission of evidence supporting the motion.

- Plaintiff's contention that the necessary evidence was not provided, affecting the motion's sufficiency.
- Dialogue on how Defendants plan to address the Plaintiff's challenge and the possibility of a Motion to Strike based on this deficiency.

5. **Topic 4: Planning for Future Filings and Motions**
   - Establishing a mutual understanding of how future motions should be filed to avoid procedural issues.
   - Agreement on a communication protocol for future filings and potential motions.
   - Discussion on any additional procedural considerations to ensure full compliance with Local and Federal Rules.

6. **Conclusion**
   - Summary of agreements reached and identification of any unresolved issues.
   - Establishment of action items, responsibilities, and deadlines for both parties.
   - Agreement on the content of the statement regarding compliance with L.R. 7-3 for inclusion in upcoming motions.

7. **Closing**
   - Review of the next steps and the schedule for follow-up actions or communications.
   - Formal closure of the meet and confer session.

**Prepared by:**
Brandon Joe Williams
PO Box 1962
Glendale, CA 91209
747-273-0799
Email: brandon@williamsandwilliamslawfirm.com

**Acknowledged by:**
Brianna M. Bauer
Steptoe and Johnson LLP
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
213-439-9400
Fax: 213-439-9598
Email: bbauer@steptoe.com