# EXHIBIT H

| | |
|---|---|
| **From:** | Bauer, Brianna |
| **To:** | "Brandon Joe Williams" |
| **Subject:** | RE: Meet and confer meeting |
| **Date:** | Thursday, April 11, 2024 3:14:54 PM |

Mr. Williams,

I attempted to contact you at (747) 273-0799. However, during the call, I was notified that it was a recorded line. I do not consent my calls with you being recorded.

American Express is amenable to stipulating to your requested additional time to respond to American Express's motion to dismiss, and to conferring on the motion to dismiss.

Please give me a call at (213) 439-9404 at your earliest convenience to discuss further.

Best,

Brianna


**Brianna Bauer**
Associate
bbauer@Steptoe.com
+1 213 439 9404 direct | +1 213 439 9599 fax

**Steptoe**
Steptoe LLP
633 West Fifth Street | Suite 1900 | Los Angeles, CA 90071
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Brandon Joe Williams <brandon@williamsandwilliamslawfirm.com>
**Sent:** Thursday, April 11, 2024 1:17 PM
**To:** Bauer, Brianna <bbauer@Steptoe.com>
**Subject:** [EXTERNAL] Meet and confer meeting

Hello Miss Bauer,

I'm emailing you to schedule a meet and confer as regards to case number 2:24-cv-01631-MWF-PVC.

Please see attached agenda as well as a PDF screenshot of local rules section 7.

I am assuming the reasoning behind you not having a meet and confer with me for the motion you

filed is in accordance with exemption 16-2(c). But I would like to make it known that I am not in custody so not sure how that exemption would fit.

You may email me back here or call/text me at 747-273-0799. I look forward to meeting with you.

Sincerely,
Brandon Joe Williams
Lawyer - Williams and WILLIAMS Law Group
www.williamsandwilliamslawfirm.com