# EXHIBIT I

**Brandon Joe Williams**
PO Box 1962
Glendale, CA 91209
213-309-7138
Email: brandon@williamsandwilliamslawfirm.com

4-12-2024

**Brianna M. Bauer**
Steptoe and Johnson LLP
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Email: bbauer@steptoe.com

Subject: Settlement Proposal – Brandon Joe Williams v. American Express Company

Dear Ms. Bauer,

      I am writing to propose a settlement to resolve the current dispute between myself and American Express. Given the complexities and potential costs associated with continuing litigation, I believe it is in both parties' best interests to settle this matter amicably and efficiently.

The terms I am proposing are very simple: I have my relief demands in sections 153-156 of the original complaint. If we can settle this situation rapidly, I am willing to waive #154 and 155. If these proceedings continue past 4/30/24, then I will be putting #154 back on my request for relief.

As part of #153, I would want all credit reporting agencies to be informed that these accounts are all properly settled as paid in full as well.

#155 is avoidable by doing #156 anyways so I do not want it to seem like that is something special for this settlement proposal. But, technically, #154 is the only item that actually costs AMEX anything out-of-pocket. So if this settlement proposal is accepted, not only will it cost AMEX absolutely nothing (I won't request even the court fees), but actually AMEX can begin making profit on the interest generated from the negotiable instruments on the new account right away.

I also would like it to be known that I have been doing extensive research into how to make a criminal indictment through the DOJ on this matter. I am preparing to create an indictment and personally contact the United States Attorney's Office in the Central District of California (E. Martin Estrada). By accepting this proposed settlement, I would be willing to forego those efforts and ensure that no criminal indictments are submitted or requested.

I believe these terms provide a fair resolution and represent a sincere effort to avoid further litigation. I am prepared to sign a comprehensive release and settlement agreement contingent upon the acceptance of these terms.

We have already made a meeting to speak on Tuesday 4/16/24 at 2 PM PST. I am open to discussing these terms further and making adjustments as necessary to facilitate a resolution.

Thank you for your attention to this matter.

Sincerely,
/s/ Brandon Joe Williams