# EXHIBIT J

| | |
|---|---|
| **From:** | Bauer, Brianna |
| **To:** | "Brandon Joe Williams" |
| **Cc:** | Newman, Stephen; Pach, Lisa |
| **Subject:** | RE: Settlement Proposal - American Express |
| **Date:** | Monday, April 15, 2024 11:00:17 AM |
| **Attachments:** | Williams v. Amex Letter 04.15.2024.pdf |

Mr. Williams,

Please find attached American Express's response to your settlement demand.

Best,

Brianna

**Brianna Bauer**
Associate
bbauer@Steptoe.com
+1 213 439 9404 direct | +1 213 439 9599 fax

Steptoe
Steptoe LLP
633 West Fifth Street | Suite 1900 | Los Angeles, CA 90071
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Brandon Joe Williams <brandon@williamsandwilliamslawfirm.com>
**Sent:** Friday, April 12, 2024 5:47 PM
**To:** Bauer, Brianna <bbauer@Steptoe.com>
**Subject:** [EXTERNAL] Settlement Proposal - American Express

Dear Ms. Bauer,

Attached is the proposed settlement. We can talk about it more during our phone meeting on Tuesday.

I look forward to speaking with you.

Sincerely,
Brandon Joe Williams
Lawyer - Williams and WILLIAMS Law Group
www.williamsandwilliamslawfirm.com

# Steptoe

April 15, 2024

Brianna M. Bauer
213.439.9404
bbauer@steptoe.com

Brandon Joe Williams
P.O. Box 1962
Glendale, CA 91209
brandon@williamsandwilliamslawfirm.com

**Re:     Brandon Joe Williams v. American Express Company, et al., Case No. CV 24-1631-MWF(PVCx)**

Dear Mr. Williams:

I write to inform you that American Express rejects the settlement demand you outlined in your letter dated April 12, 2024.

In light of your threat to seek criminal prosecution, this letter further serves as notice that the telephonic meet and confer scheduled for April 16, 2024 is cancelled.

All communications in this matter moving forward, including meet and confers, must be in writing.

Best,

*/s/ Brianna M. Bauer*