# EXHIBIT K

| | |
|---|---|
| **From:** | Brandon Joe Williams |
| **To:** | Bauer, Brianna |
| **Cc:** | Newman, Stephen; Pach, Lisa |
| **Subject:** | [EXTERNAL] RE: Settlement Proposal - American Express |
| **Date:** | Monday, April 15, 2024 12:01:47 PM |

Dear Ms. Bauer (CCing the others on the email),

I have received your response to my proposal.

I have not threatened anything, in particular. I'm just being transparent in terms of my intention and activities. In fact, I offered to forego criminal proceedings.

We need to have a meet and confer prior to my filing the motion to strike pursuant to local rule 7-3. The court prefers that we meet in person and I would actually be much more comfortable meeting in person (it can be a recorded meeting by all parties if that is more comfortable for you).

Or I will inform the court that you have denied that request for a meet and confer.

Please let me know.

Sincerely,
Brandon Joe Williams
Lawyer - Williams and WILLIAMS Law Group
www.williamsandwilliamslawfirm.com

On Apr 15, 2024, 11:01 AM -0700, Bauer, Brianna <bbauer@Steptoe.com>, wrote:

> Mr. Williams,
>
> Please find attached American Express's response to your settlement demand.
>
> Best,
>
> Brianna
>
> **Brianna Bauer**
>
> Associate
>
> bbauer@Steptoe.com
>
> +1 213 439 9404 direct | +1 213 439 9599 fax

# Steptoe

Steptoe LLP

633 West Fifth Street | Suite 1900 | Los Angeles, CA 90071

http://www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Brandon Joe Williams <brandon@williamsandwilliamslawfirm.com>
**Sent:** Friday, April 12, 2024 5:47 PM
**To:** Bauer, Brianna <bbauer@Steptoe.com>
**Subject:** [EXTERNAL] Settlement Proposal - American Express


Dear Ms. Bauer,

Attached is the proposed settlement. We can talk about it more during our phone meeting on Tuesday.

I look forward to speaking with you.


Sincerely,
Brandon Joe Williams
Lawyer - Williams and WILLIAMS Law Group
www.williamsandwilliamslawfirm.com