# EXHIBIT L

| | |
|---|---|
| **From:** | Brandon Joe Williams |
| **To:** | Bauer, Brianna |
| **Cc:** | Newman, Stephen; Pach, Lisa |
| **Subject:** | [EXTERNAL] RE: Settlement Proposal - American Express |
| **Date:** | Thursday, April 18, 2024 1:02:45 PM |

Dear Ms. Bauer,

I have not heard back from you. By Monday, 4/22, if we cannot set up a meet and confer (preferably in person. I will literally come downtown to meet you in your office), then I will be noticing the court of a willful rejection of the meet and confer.

Sincerely,
Brandon Joe Williams
Lawyer - Williams and WILLIAMS Law Group
www.williamsandwilliamslawfirm.com
On Apr 15, 2024, 11:01 AM -0700, Bauer, Brianna <bbauer@Steptoe.com>, wrote:

> Mr. Williams,
>
> Please find attached American Express's response to your settlement demand.
>
> Best,
>
> Brianna
>
> **Brianna Bauer**
>
> Associate
>
> bbauer@Steptoe.com
>
> +1 213 439 9404 direct | +1 213 439 9599 fax
>
> ## Steptoe
>
> Steptoe LLP
>
> 633 West Fifth Street | Suite 1900 | Los Angeles, CA 90071
>
> http://www.steptoe.com
>
> This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or

use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Brandon Joe Williams <brandon@williamsandwilliamslawfirm.com>
**Sent:** Friday, April 12, 2024 5:47 PM
**To:** Bauer, Brianna <bbauer@Steptoe.com>
**Subject:** [EXTERNAL] Settlement Proposal - American Express

Dear Ms. Bauer,

Attached is the proposed settlement. We can talk about it more during our phone meeting on Tuesday.

I look forward to speaking with you.


Sincerely,
Brandon Joe Williams
Lawyer - Williams and WILLIAMS Law Group
www.williamsandwilliamslawfirm.com