**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON JOE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN EXPRESS COMPANY;<br>AMERICAN EXPRESS KABBAGE,<br>INC,<br><br>　　　　Defendants. | Case No. 2:24-CV-01631-MWF-PVCx<br><br>[Assigned to the Hon. Michael W. Fitzgerald]<br><br>**[PROPOSED] ORDER GRANTING AMERICAN EXPRESS'S MOTION FOR RELIEF FROM LOCAL RULE 7-3** |

# **ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of Defendants American Express Company and American Express Kabbage, Inc.'s ("American Express") Motion for Relief from Local Rule 7-3, and any responses thereto, the Motion is hereby GRANTED.

Dated: _____         _____
                              Michael W. Fitzgerald
                              United States District Court Judge