UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA
WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO:  **2:24-cv-01631-MWF-PVC**

| | |
|---|---|
| BRANDON JOE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN EXPRESS COMPANY;<br>AMERICAN EXPRESS KABBAGE<br>INC.<br><br>　　　　Defendants. | **Honorable Judge Michael W. Fitzgerald**<br><br>**Magistrate Judge Pedro V. Castillo** |

**<u>PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE</u>**

The Court, having considered the Motion to Strike Pursuant to Federal Rule of Civil Procedure 12(f) and Local Rule 7-9 filed by Plaintiff Brandon Joe Williams, and for good cause shown therein, hereby ORDERS:

1. **Motion to Strike Granted:** The Plaintiff's Motion to Strike is GRANTED. All portions of the Defendants' filings that have been identified as insufficiently supported by the required evidence, failing to meet procedural requirements, or otherwise inappropriate for consideration are hereby STRICKEN from the record.

2. **Meet-and-Confer Session Ordered:** The Defendants are hereby COMPELLED to conduct a Meet-and-Confer session with the Plaintiff in compliance with Local Rule 7-3, within seven (7) days of the date of this

Order, to discuss thoroughly the substance of the contemplated motions and any potential resolutions.

3. **Motion to Dismiss Denied:** The Defendants' Motion to Dismiss is DENIED on the basis that it is procedurally defective due to a lack of necessary evidentiary support as required by Local Rules 7-5(b) and 7-6.

4. **Award of Costs and Fees:** The Plaintiff is AWARDED his costs and fees incurred in addressing and responding to the Defendants' procedural non-compliance and defending this action against a motion that failed to meet the required procedural and evidentiary standards, in an amount to be determined upon submission of evidence of such costs and fees.

5. **Enforcement of Local Rule 7-12:** The Defendants' failure to file the required documents and evidence as mandated by Local Rules 7-5(b) and 7-6 is deemed as consent to the denial of their Motion to Dismiss, consistent with the provisions of Local Rule 7-12.

6. **Further Relief:** The Court reserves jurisdiction to GRANT such other and further relief as may be just and proper to fully and fairly resolve the issues presented by the Plaintiff's motion.

**IT IS SO ORDERED.**

Dated:_____                                   _____

Judge, United States District Court

***Distribution:***

Brianna M. Bauer
Steptoe and Johnson LLP
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
213-439-9400
bbauer@steptoe.com

Brandon Joe Williams, Agent, Pro Se
P.O. Box 1962
Glendale, California 91209
brandon@williamsandwilliamslawfirm.com
(213) 309-7138