UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA
WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO: **2:24-cv-01631-MWF-PVC**

| | |
|---|---|
| BRANDON JOE WILLIAMS®,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY;<br>AMERICAN EXPRESS KABBAGE<br>INC.<br>Defendants. | **Honorable Judge Michael W. Fitzgerald**<br><br>**Magistrate Judge Pedro V. Castillo**<br><br>HEARING DATE: May 6, 2024<br>TIME: 10:00 AM<br>ROOM: 5A |

## DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE

I, Brandon Joe Williams, speaking directly for BRANDON JOE WILLIAMS® who is physically unable to speak or write, declare as follows:

1. **Introduction**

I am the Plaintiff in the above-entitled action. I have personal knowledge of the facts set forth in this declaration and could competently testify to them if called as a witness.

2. **Non-Initiation of Meet and Confer**

To the best of my knowledge and belief, there is no evidence to suggest that the Defendants initiated a Meet and Confer in accordance with Local Rule 7-3 at least seven days prior to filing their Motion to Dismiss. No communication was

received by me, nor was any attempt made by the Defendants to schedule such a conference, as mandated by the Local Rules.

### 3. Non-Compliance with Local Rule 7-5(b)

The Defendants failed to comply with Local Rule 7-5(b) in their Motion to Dismiss. The Defendants failed to submit the necessary evidence, such as affidavits or declarations, to substantiate the claims and arguments made in their Motion to Dismiss.

### 4. Non-Compliance with Local Rule 7-6

In the Motion to Dismiss submitted by the Defendants, there is an absence of factual contentions supported by declarations or other written evidence, as required by Local Rule 7-6. No documents, photographs, deposition excerpts, or any form of written evidence was filed in support of their motion, leaving their claims unsubstantiated.

### 5. Potential Violation of Local Rule 7-12

The Defendants' Motion to Dismiss does not appear to comply with the requirements set forth in Local Rule 7-12. The failure to file the necessary supporting documents with their motion suggests, under Local Rule 7-12, that the Defendants have consented to the denial of their motion. The Defendants have not provided sufficient documentation to meet the procedural standards set by the court.

### 6. Conclusion

Based on the above-stated points, it is clear that the Defendants have not met the procedural requirements set forth by the Local Rules. Their non-compliance undermines the integrity of the judicial process and warrants the granting of Plaintiff's Motion to Strike.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed on April 21, 2024, at Glendale, California.

*[handwritten: Without Prejudice
by: [signature] agv
For: BRANDON JOE WILLIAMS®, Principal]*

By: Brandon Joe Williams, Agent
For: BRANDON JOE WILLIAMS®, principal