UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA
WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO: **2:24-cv-01631-MWF-PVC**

| | |
|---|---|
| BRANDON JOE WILLIAMS®, | **Honorable Judge Michael W. Fitzgerald** |
| Plaintiff, | **Magistrate Judge Pedro V. Castillo** |
| v. | |
| AMERICAN EXPRESS COMPANY; | |
| AMERICAN EXPRESS KABBAGE INC. | HEARING DATE: May 6, 2024 |
| | TIME: 10:00 AM |
| Defendants. | ROOM: 5A |

**DECLARATION OF BRANDON JOE WILLIAMS IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR RELIEF FROM LOCAL RULE 7-3**

I, Brandon Joe Williams, speaking on behalf of BRANDON JOE WILLIAMS®, who cannot read or write, declare:

1. **Introduction**

    - I am the Plaintiff in the above-entitled action. I am over the age of eighteen years and am competent to testify to the matters stated in this declaration.

    - I am self-represented in this matter and have prepared this declaration in support of my Response in Opposition to Defendant's Motion for Relief from Local Rule 7-3.

2. **Background and Procedural History**

- I have filed this action in good faith, based on substantial legal research and a firm belief in the merits of my claims against the Defendants.

- Throughout this litigation, I have endeavored to comply with all applicable rules and procedures, despite my lack of formal legal education.

3. **Attempts to Meet and Confer**

    - Contrary to the assertions made by the Defendants, I have proactively initiated meet and confer discussions as required under Local Rule 7-3. I reached out to the Defendants' counsel with the intention of discussing the issues surrounding their Motion to Dismiss and my anticipated Motion to Strike.

    - I prepared a detailed agenda for the meet and confer, which included all points I believed were relevant to the discussions. This agenda was shared with the Defendants' counsel in advance of the planned discussion to ensure a productive meeting.

4. **Cancellation of Meet and Confer**

    - After providing the agenda and a follow-up email that expanded on the topics to be discussed, including my ongoing legal research into potential criminal aspects of the case, Defendants' counsel unilaterally cancelled the meet and confer.

    - At no point did I threaten the Defendants or their counsel. My communications were intended to be transparent and to facilitate a comprehensive discussion of all pertinent issues.

5. **Impact on Procedural Fairness**

   - The Defendants' motion to relieve them from complying with Local Rule 7-3 is unfounded and undermines the procedural frameworks that are designed to promote judicial efficiency and fairness.

   - The cancellation of the meet and confer by the Defendants deprived both parties of the opportunity to resolve issues without further court intervention.

6. **Conclusion**

   - I respectfully request that the Court deny the Defendants' Motion for Relief from Local Rule 7-3. It is critical that all parties adhere to the procedural rules to ensure fairness and efficiency in these proceedings.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed on April 21, 2024, at Glendale, California.

*[Signature: Without prejudice, by: Brandon Joe Williams, agent For: BRANDON JOE WILLIAMS® Principal]*

By: Brandon Joe Williams, agent
For: BRANDON JOE WILLIAMS®, principal