UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 24-1631-MWF (PVCx) | **Date:** April 22, 2024 |
| **Title:** Brandon Joe Williams v. American Express Company, et al. | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:  
Rita Sanchez

Court Reporter:  
Not Reported

Attorneys Present for Plaintiff:  
None Present

Attorneys Present for Defendants:  
None Present

**Proceedings (In Chambers):**   ORDER REGARDING PENDING MOTIONS

Before the Court are the following motions and briefs:

- Defendants' Motion to Dismiss (Docket Nos. 15 and 16).  Plaintiff's Opposition was filed April 21, 2024.  (Docket No. 21).  Defendants' Reply is due April 29, 2024.  The hearing on May 6, 2024, was vacated pursuant to the Court's Order filed April 12, 2024.  (Docket No. 19).

- On April 19, 2924, Defendants filed a Motion for Relief from Local Rule 7-3 and noticed it for hearing on May 20, 2024.  (Docket No. 20).  Plaintiff's Opposition was filed on April 21, 2024.  (Docket No. 23).

- On April 21, 2024, Plaintiff filed a Motion to Strike Motion to Dismiss and noticed it for hearing on May 6, 2024.  (Docket No. 22)

If Defendants wish to file Opposition to Plaintiff's Motion to Strike, they must do so no later than April 29, 2024.

No reply briefs shall be filed in support of the Motion for Relief and the Motion to Strike.

The hearings on Plaintiff's Motion to Strike and Defendants' Motion for Relief, noticed for May 6 and May 20, 2024, are **VACATED**.

| | | |
|---|---|---|
| | **CIVIL MINUTES—GENERAL** | 1 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 24-1631-MWF (PVCx) | **Date:** April 22, 2024 |
| **Title:** Brandon Joe Williams v. American Express Company, et al. | |

No further motions shall be filed until after the Court rules on the pending Motion to Dismiss, Motion for Relief, and Motion to Strike.

IT IS SO ORDERED.

The Court notes that Plaintiff does not have a lawyer. Parties in court without a lawyer are called "*pro se* litigants." These parties often face special challenges in federal court. Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.