UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA
WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO: **2:24-cv-01631-MWF-PVC**

BRANDON JOE WILLIAMS®,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY;
AMERICAN EXPRESS KABBAGE INC.

    Defendants.

**Honorable Judge Michael W. Fitzgerald**
**Magistrate Judge Pedro V. Castillo**

**MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT FOR DAMAGES**

**COMES NOW** Plaintiff Brandon Joe Williams®, and pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for leave to file an Amended Complaint for Damages. In support of this motion, Plaintiff states as follows:

1. **Background:**
   - Plaintiff filed the original Complaint in this action on February 12, 2024.
   - The proposed Amended Complaint includes new allegations and claims that have arisen based on additional facts and circumstances that have come to light since the filing of the original Complaint.

2. **Proposed Amendments:**

- The Amended Complaint seeks to add new factual allegations and legal claims against Defendants, as outlined in the Proposed Amended Complaint attached hereto as *Exhibit A*.
- Specifically, the amendments address issues related to peonage, breach of contract, breach of fiduciary duties, money had and received, fraud, unlawful conversion, and unjust enrichment as more fully detailed in the attached Amended Complaint.

3. **Legal Standard:**
   - Rule 15(a) of the Federal Rules of Civil Procedure states that leave to amend "shall be freely given when justice so requires."
   - Courts have interpreted this rule to allow amendments unless there is a showing of undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies by amendments previously allowed undue prejudice to the opposing party, or futility of the amendment.

4. **Justification for Amendment:**
   - Plaintiff seeks to amend the Complaint to accurately reflect the current state of the case and ensure all pertinent facts and claims are presented before the Court.
   - Allowing this amendment will serve the interests of justice by enabling the Plaintiff to fully articulate the basis of his claims against the Defendants.
   - Defendants will not be unduly prejudiced by this amendment as it arises from the same transactions and occurrences set forth in the original Complaint.

5. **Supporting Case Law:**

- **Foman v. Davis, 371 U.S. 178 (1962)**: The Supreme Court held that leave to amend should be "freely given" when justice so requires, barring any valid reason such as undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies, undue prejudice, or futility.
- **Eminence Capital, LLC v. Aspeon, Inc., 316 F.3d 1048 (9th Cir. 2003)**: The Ninth Circuit held that dismissal without leave to amend is improper unless it is clear that the complaint could not be saved by any amendment. The decision emphasized that the policy favoring amendments should be applied with extreme liberality.

6. **Conclusion:**
   - Plaintiff has acted diligently and in good faith in seeking this amendment.
   - The proposed amendments are necessary to present the full scope of Plaintiff's claims and ensure a fair and complete adjudication of the matters in dispute.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant Plaintiff leave to file the attached Amended Complaint for Damages and for any further relief this Court deems just and proper.

June 14, 2024                                   RESPECTFULLY SUBMITTED,

                                                BRANDON JOE WILLIAMS®

                                                BY: /s/ *Brandon Joe Williams*
                                                Brandon Joe Williams, Agent, Pro Se
                                                P.O. Box 1962
                                                Glendale, California 91209
                                                brandon@williamsandwilliamslawfirm.com
                                                (213) 309-7138

## Certificate of Service

Plaintiff certifies that on June 14th, 2024, the foregoing *Plaintiff's Motion to Amend Complaint for Damages and Demand for Trial by Jury* was filed with the Clerk of this Court via ECF.  I further certify that, as of the same date, all counsel of record below were served with a copy via email and ECF.

*Distribution:*

Brianna M. Bauer
Steptoe and Johnson LLP
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
213-439-9400
bbauer@steptoe.com