UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA
WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO:  **2:24-cv-01631-MWF-PVC**

| | |
|---|---|
| BRANDON JOE WILLIAMS®,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY; AMERICAN EXPRESS KABBAGE INC.<br><br>    Defendants. | **Honorable Judge Michael W. Fitzgerald**<br><br>**Magistrate Judge Pedro V. Castillo** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Upon consideration of Plaintiff Brandon Joe Williams' Motion for Leave to Amend Plaintiff's Complaint for Damages, the supporting memorandum, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to Amend Complaint is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall file Plaintiff's Amended Complaint for Damages, attached to the motion as *Exhibit A*, as of the date of this Order.

**SO ORDERED** this _____ day of _____, 2024.

**IT IS SO ORDERED.**

Dated:_____                              _____
                                                 Judge, United States District Court

*Distribution:*

Brianna M. Bauer
Steptoe and Johnson LLP
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
213-439-9400
bbauer@steptoe.com

Brandon Joe Williams, Agent, Pro Se
P.O. Box 1962
Glendale, California 91209
brandon@williamsandwilliamslawfirm.com
(213) 309-7138