UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA
WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO:  **2:24-cv-01631-MWF-PVC**

| | |
|---|---|
| BRANDON JOE WILLIAMS®,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN EXPRESS COMPANY;<br>AMERICAN EXPRESS KABBAGE INC.<br><br>    Defendants. | **Honorable Judge Michael W. Fitzgerald**<br><br>**Magistrate Judge Pedro V. Castillo** |

## ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION

Upon consideration of Plaintiff BRANDON JOE WILLIAMS® Motion for Reconsideration pursuant to Federal Rule of Civil Procedure 59, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Reconsideration is GRANTED.

2. The Court's Order dated July 10, 2024, dismissing Plaintiff's complaint is VACATED.

3. The Court will hold a hearing to allow Plaintiff to present a detailed explanation of the relevant provisions of UCC Article 3 and the significant misunderstandings surrounding negotiability and indorsements, which are central to the Plaintiff's claims.

4. Plaintiff is GRANTED leave to amend the complaint to remove any references to the 1099a forms and Title 18 claims, thereby streamlining the complaint to focus solely on the issues of negotiability and indorsements under UCC Article 3.

5. The Court recognizes that Plaintiff's claims are not frivolous and are grounded in established legal principles governing negotiable instruments, which warrant full consideration and adjudication by this Court.

6. The parties are directed to confer and submit a proposed schedule for the amended pleadings and the hearing.

**IT IS SO ORDERED.**

Dated:_____                                              _____
                                                                                         Judge, United States District Court

*Distribution:*

Brianna M. Bauer
Steptoe and Johnson LLP
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
213-439-9400
bbauer@steptoe.com

BRANDON JOE WILLIAMS®
P.O. Box 1962
Glendale, California 91209
brandon@williamsandwilliamslawfirm.com
(213) 309-7138