> **For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                                                    Back to Search                    Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2024-07-13 20:31:00 EDT |
| Mark: | BRANDON JOE WILLIAMS |

**BRANDON JOE WILLIAMS**

| | | | |
|---|---|---|---|
| US Serial Number: | 97335158 | Application Filing Date: | Mar. 29, 2022 |
| US Registration Number: | 7171251 | Registration Date: | Sep. 19, 2023 |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: | | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | Sep. 19, 2023 | | |
| Publication Date: | Feb. 21, 2023 | Notice of Allowance Date: | Apr. 18, 2023 |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | BRANDON JOE WILLIAMS |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
| Name Portrait Consent: | The name BRANDON JOE WILLIAMS identifies a living individual whose consent is of record. |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Financial consultancy; Financial information and advisory services | | |
| International Class(es): | 036 - Primary Class | U.S Class(es): | 100, 101, 102 |
| Class Status: | ACTIVE | | |
| First Use: | Feb. 14, 1986 | Use in Commerce: | Jan. 28, 2004 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | Yes |
| Filed ITU: | Yes | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Williams, Brandon Joe |
| Owner Address: | 2315 Paseo De Cima<br>Glendale, CALIFORNIA UNITED STATES 91206 |
| Legal Entity Type: | INDIVIDUAL |
| Citizenship: | UNITED STATES |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| Docket Number: | 113-86019705 |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | Williams, Brandon Joe<br>2315 PASEO DE CIMA<br>GLENDALE, CALIFORNIA UNITED STATES 91206 |
| Phone: | 213-309-7138 |
| Correspondent e-mail: | ftschristianministry@protonmail.com |
| Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 19, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Sep. 19, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 18, 2023 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Aug. 17, 2023 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jul. 24, 2023 | STATEMENT OF USE PROCESSING COMPLETE | |
| Jun. 30, 2023 | USE AMENDMENT FILED | |
| Jul. 24, 2023 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Jun. 30, 2023 | TEAS STATEMENT OF USE RECEIVED | |
| Apr. 18, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Feb. 21, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 21, 2023 | PUBLISHED FOR OPPOSITION | |
| Feb. 01, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 13, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 13, 2023 | ASSIGNED TO EXAMINER | |
| Apr. 04, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Apr. 01, 2022 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Aug. 17, 2023 |

## Assignment Abstract Of Title Information - None recorded

## Proceedings - None recorded