# Cardmember Agreement: Part 2 of 2

## How Your American Express Account Works

### Introduction

| | | |
|---|---|---|
| **About your Cardmember Agreement** | This document together with Part 1 make up the Cardmember Agreement *(Agreement)* for the *Account* identified on page 1 of Part 1. Any supplements or amendments are also part of the Agreement. | When you use the Account (or you sign or keep the card), you agree to the terms of the Agreement. |
| **Changing the Agreement** | We may change this Agreement, subject to applicable law. We may do this in response to the business, legal or competitive environment. This written Agreement is a final expression of the agreement governing the Account. The written Agreement may not be contradicted by any alleged oral agreement. | We cannot increase the interest rate on existing balances except in limited circumstances. Changes to some terms may require 45 days advance notice, and we will tell you in the notice if you have the right to reject a change. We cannot change certain terms during the first year of your Cardmembership. |
| **Words we use in the Agreement** | *We*, *us*, and *our* mean the issuer shown on page 1 of Part 1. *You* and *your* mean the person who applied for this Account and for whom we opened the Account. You and your also mean anyone who agrees to pay for this Account. You are the **Basic Cardmember**. You may request a card for an **Additional Cardmember** (see *About Additional Cardmembers* in Part 2). | **Card** means any card or other device that we issue to access your Account. A **charge** is any amount added to your Account, such as purchases, cash advances, fees and interest charges. A **purchase** is a charge for goods or services. A **cash advance** is a charge to get cash or cash equivalents, including travelers cheques, gift cheques, foreign currency, money orders, casino gaming chips, race track wagers or similar offline and online betting transactions.<br><br>To **pay** by a certain date means to send your payment so that we receive it and credit it to your Account by that date (see *About your payments* in Part 2). |

### About using your card

| | | |
|---|---|---|
| **Using the card** | You may use the card to make purchases. At our discretion, we may permit you to make cash advances.<br><br>We decide whether to approve a charge, including cash advances subject to *Limits on Cash Advances* below, based on how you spend and pay on this Account and other accounts you have with us and our Affiliates. We also consider your credit history and your personal resources that we know about.<br><br>You may arrange for certain merchants and third parties to store your card number and expiration date, so that, for example:<br>• the merchant may charge your account at regular intervals; or<br>• you may make charges using that stored card information. | We may (but are not required to) tell these merchants and third parties if your expiration date or card number changes or if your account status is updated, including if your account is cancelled. If you do not want us to share your updated account information, please contact us using the number on the back of your card.<br><br>Keep your card safe and don't let anyone else use it. If your card is lost or stolen or your Account is being used without your permission, contact us right away. You may not use your Account for illegal activities. |
| **Promise to pay** | You promise to pay all charges, including:<br>• charges you make, even if you do not present your card or sign for the transaction,<br>• charges that other people make if you let them use your Account, and<br>• charges that Additional Cardmembers make or permit others to make. | |
| **Limits on Cash Advances** | Your Cash Advance balance may not exceed:<br><br>Zync Card® $3,000<br>Green Card $3,000<br>Gold Card $6,000<br>Platinum Card® $8,000<br>Centurion® Card $10,000<br><br>There may also be a limit on the amount of cash and number of times you can obtain cash from ATMs in a given period. | You agree to manage your Account so that your Cash Advance balance (including fees and interest) is not more than the Limit on Cash Advances.<br>For purposes of the Limits on Cash Advances, your Cash Advance balance will be determined by adding new cash advance transactions to the ending Cash Advance balance of the prior day.<br>In addition, we may not approve a cash advance transaction if it would cause the total of your Cash Advance balance and your Pay Over Time balances to go over your Pay Over Time limit. |
| **Declined transactions** | We may decline to authorize a charge. Reasons we may do this include suspected fraud and our assessment of your creditworthiness. This may occur even if your Account is not in default. | We are not responsible for any losses you incur if we do not authorize a charge. And we are not responsible if any merchant refuses to accept the card. |