**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT of CALIFORNIA**
**WESTERN DIVISION (LOS ANGELES)**

CIVIL ACTION NO: **2:24-cv-01631-MWF-PVC**

BRANDON JOE WILLIAMS®,

Plaintiff,

v.

AMERICAN EXPRESS COMPANY; AMERICAN EXPRESS KABBAGE INC.

Defendants.

**Honorable Judge Michael W. Fitzgerald**
**Magistrate Judge Pedro V. Castillo**

**OBJECTION TO THE COURT'S ORDER DATED JULY 10, 2024**

**COMES NOW** Plaintiff BRANDON JOE WILLIAMS®, and respectfully submits this objection to the Court's order dated July 10, 2024, which granted the Defendants' Motion to Dismiss and denied Plaintiff's Motion to Strike, among other motions. This objection is grounded in the belief that the Court erred in its conclusions regarding the validity of Plaintiff's claims and the application of the Local Rules. The Plaintiff contends that the Court's decision to dismiss the case based on the "vapor money theory" was unjust, and that Plaintiff's claims were not properly considered on their merits. Additionally, Plaintiff asserts that the denial of the Motion to Amend the Complaint unjustly precludes the presentation of significant new evidence and legal arguments that could substantiate the claims against the Defendants, American Express Company and American Express Kabbage, Inc. This objection aims to address these concerns and seek a reconsideration of the dismissal order. Furthermore, this objection is submitted to

preserve the record for potential appellate review, ensuring that all pertinent arguments and issues are fully documented for consideration by a higher court.

**from Section II - BACKGROUND**

**General Objections – Paragraph 1**

1. In accordance with UCC 3-307, BRANDON JOE WILLIAMS® is the "represented person" and "Brandon Joe Williams" is the "fiduciary" in the relationship with AMEX. There are two "persons" here operating as one. This is the structure of ALL credit accounts that manufacture negotiable instruments, not just this one. Most people are simply not aware of this fact. I wrote this complaint in order to highlight the truth of the contract.
2. The represented person is not a man or woman. It is an ens legis.
3. In the most self-evident terms possible, the idea that "BRANDON JOE WILLIAMS®" is a "franchise" is quite evident in the fact that the "Franchise Tax Board" collects State taxes in our names in California. If you have a State tax liability yourself, most honorable judge, you "pay" those taxes under your name in all capital letters as a "franchise."
4. A franchise is a business. A franchise is a person.
5. Brandon Joe Williams does, factually, have a registered trademark on his franchise "BRANDON JOE WILLIAMS®" - which is #97335158. This is not a pending trademark but is a fully completed and entirely issued trademark that has gone through each step of the USPTO process. I will attach this evidence as ***Exhibit A***.
6. Every time I place my credit card in a credit card processing device, an UNCONDITIONAL PROMISE TO PAY is produced.

7. This promise to pay, in itself, is a negotiable instrument in accordance with UCC 3-104.
8. This is why both you and I (you do the same thing that I'm describing here, honorable judge) have to "sign" the receipt. To "sign" is to "indorse."
9. In accordance with UCC 3-204, we have the definition of "indorsement": "(a) "Indorsement" means a signature, other than that of a signer as maker, drawer, or acceptor, that alone or accompanied by other words is made on an instrument for the purpose of (i) negotiating the instrument, (ii) restricting payment of the instrument, or (iii) incurring indorser's liability on the instrument."
10. This is not exclusive to my complaint, pleadings or claims. Everything I am explaining here is all the same for your personal loans, credit cards, etc, most honorable judge. These exact same causes of action are being committed on you as they are on me and my principal, BRANDON JOE WILLIAMS®. It is simply unknown to everyone. You are indorsing all your unconditional promises to pay with what is called a "blank indorsement."
11. UCC § 3-205, entitled "SPECIAL INDORSEMENT; BLANK INDORSEMENT; ANOMALOUS INDORSEMENT." states: "(a) If an indorsement is made by the holder of an instrument, whether payable to an identified person or payable to bearer, and the indorsement identifies a person to whom it makes the instrument payable, it is a "special indorsement." When specially indorsed, an instrument becomes payable to the identified person and may be negotiated only by the indorsement of that person. The principles stated in Section 3-110 apply to special indorsements.

    (b) If an indorsement is made by the holder of an instrument and it is not a special indorsement, it is a "blank indorsement." When indorsed in blank, an instrument becomes

payable to bearer and may be negotiated by transfer of possession alone until specially indorsed."

12. You and I both, most honorable judge, have been indorsing everything with a blank indorsement without knowing it. Then that unconditional promise to pay, which is a negotiable instrument, is a valuable security with real tangible value. Then that instrument can be exchanged or also swapped for Federal Reserve Notes at the Federal Reserve Discount Window (in accordance with 12 USC 412).

**General Objections – Paragraph 2**

13. While Brandon Joe Williams did send in 3 1099a forms, this is only about 1% of the overall complaint and 99% of the complaint has been overlooked and was not mentioned in the orders.
14. I understand that this entire subject of UCC Article 3 is confusing and difficult to understand, but I am attempting to explain it the best I can. If given a hearing, I believe a greater understanding and clarity can be achieved from live discourse. I assure you that I have spent hundreds of hours attempting to understand this and will not waste your time.
15. 99% of my complaint involves the NEGOTIABILITY of negotiable instruments that are already on the account. These claims have NOTHING to do with the 3 1099a forms that were sent to perform on the account.
16. Because of the above, it appears as though my case has been dismissed based on 1% of the overall complaint. While I understand that this subject is confusing, this is not acceptable, and I deserve to have my pleadings fully heard and understood by this most honorable court.

17. It is said here that: "Plaintiff attempted to pay his debt obligations to AMEX using this ability to "create currency." The problem is that I was, unknowingly, indorsing everything with a blank indorsement rather than with a special indorsement. We are all "creating currency" every single time we use our credit cards by producing a brand-spanking new unconditional promise to pay. This is not novel or special to my case. Again, what my pleadings are regarding is only and explicitly the NEGOTIATION of those instruments that are being produced. I cannot stress this enough. You could sum my whole pleadings up by saying "fraud regarding NEGOTIABILITY."
18. Again, this case is regarding two key words that I wish I would actually see written from the court and the defense: these words are "NEGOTIABILITY" and "INDORSEMENT." Without the use of these words in orders and other documents coming from AMEX or the court, I am unsure that my complaint or pleadings are understood or even being heard at all. Talking about "money" or "vapor" or "theories" is solid evidence that my pleadings are being ENTIRELY disregarded WITHOUT evaluation.
19. UCC 3-207 is entitled "REACQUISITION" and states the following: "Reacquisition of an instrument occurs if it is transferred to a former holder, by negotiation or otherwise. A former holder who reacquires the instrument may cancel indorsements made after the reacquirer first became a holder of the instrument. If the cancellation causes the instrument to be payable to the reacquirer or to bearer, the reacquirer may negotiate the instrument. An indorser whose indorsement is canceled is discharged, and the discharge is effective against any subsequent holder."
20. What I am doing is claiming fraud on the original negotiation of EVERY instrument that has ever been produced on the account (not anything that I mailed in or issued to

AMEX). This fraud is based off the duty that AMEX had in making sure that I understood basic negotiation. No one, even an insane person, would do a blank indorsement on all these valuable unconditional promises to pay if they knew that they all have the exact same value in law as Federal Reserve Notes and that they are exchangeable for Federal Reserve Notes via the process found in 12 USC 412. This is not a conspiracy theory and is fully and entirely governed by UCC Article 3. AMEX breached the duty they have of making sure that I understand the terms and conditions of the contract and, by making sure that I did NOT understand the negotiation process, they were unjustly enriched by being able to essentially take every single unconditional promise and order on the account for themselves due to me doing a blank indorsement rather than a special indorsement. Again, this is the EXACT same situation in your own personal life, most honorable judge. This is the exact same "conspiracy" that is happening to everyone who is not stating the payee on their credit transaction securities. This is much bigger than just you and I.

21. "US dollars" are defined as only two things: 1. Unconditional promises to pay and 2. Unconditional orders to pay. This is in accordance with UCC 3-104. Again, I want to reiterate this again, I am ONLY talking about negotiable instruments here and I am absolutely, positively NOT talking about "money" in absolutely ANY respect at all whatsoever. I filed a NEGOTIABLE INSTRUMENTS case, NOT a "money" case.

**from Section III – LEGAL STANDARD**

**General Objections**

22. The idea that my complaint is not "plausible on its face" is only possible due to a lack of understanding of this most honorable court, not due to the actual pleadings set forth. I am willing to bring a full printout of UCC Article 3 into court in order to hash out and clarify all confusions and I am also preparing to do the same with a jury (which I understand is a huge undertaking, but I have been working hard for a long time to be able to do this). I have tons of educational material available online on this subject and I have been on literally over 100 shows and podcasts speaking about the subject of negotiable instruments.
23. I can tell by these orders that there are serious and intense misunderstandings in regards to negotiable instruments and I am fully prepared to assist my principal, the court, and the defense in fully understanding each and every individual word and line of UCC Article 3.
24. I produce quite a bit of educational material on UCC Article 3 and have been honing my ability to explain this information in a digestible way for almost 2 years. This may simply be more than what the written words can achieve and require more of a "song and dance" to achieve understanding with this most honorable court. Of which I am ready and willing to do.

**from Section IV - DISCUSSION**

**General Objections – SUBSECTION "A" (failure to state a claim)**

25. It is evident by the orders to dismiss that about 99% of the overall pleadings in my complaint were either ignored or misunderstood. Due to my lack of contact with the court in a meaningful way, I am erring on the side of a misunderstanding. Again, 99% of my pleadings are as regards to "NEGOTIABILITY" and "INDORSEMENTS" (NOT the

1099a payments, which account for 1% of the overall pleadings and could literally be removed entirely from the complaint without my complaint suffering hardly at all).

26. The submission of the 1099a bills is nothing more than a story-telling aspect of the complaint and in no way constitutes more than 1% of my overall causes of action, complaint, evidence, or anything else. I could even amend the complaint and simply remove it entirely and it would make ZERO difference to my pleadings.

27. The operation of negotiable instruments is quite simple, once studied in a serious way. I have developed an acronym to help in the understanding of this complicated subject and it is called "HITA." It stands for "Holder-Indorsement-Tender-Acceptance" and is a simplified way to describe the process of "NEGOTIATION."

28. One becomes the holder by possessing the note or bill, then indorses the note or bill to prepare it for negotiation, then unconditionally offers the note or bill (tender), then the note or bill is delivered (which is the definition of "accepted"). Then the cycle starts anew where the receiver is now the holder and "HITA" begins again from the beginning.

29. This entire system is akin to playing catch in the backyard with a baseball. And the rules of "dishonor" (meaning the rules of "you screwed up") are limited only to what is found in UCC 3-502. There are NO OTHER WAYS TO DISHONOR AN INSTRUMENT.

30. In this section there is talk of something called a "vapor money theory." I would like to be absolutely and entirely clear that NOTHING in my entire complaint, NOTHING in my pleadings, NOTHING I am talking about here and NOTHING I will be talking about later in this suit has to do with "money." I am NOT talking about "money," I don't want to talk about "money," talking about money is a waste of this court's valuable time and I want to get off of that irrelevant and wasteful subject as RAPIDLY as possible and steer

COMPLETELY clear of it for the remainder of these proceedings and any appeals that may be needed to get relief on my situation.

31. I'm not entirely sure what “redemption” is. I'm not sure it is relevant due to not remembering that being mentioned in UCC Article 3.

32. I filed this case as a negotiable instruments case, not as a “money” case. UCC 3-102 does all the heavy lifting for me: “(a) This Article applies to negotiable instruments. It does not apply to money” - again, we are NOT talking about “money,” or “vapor money” or any “theories.” We are talking about negotiable instruments and UCC Article 3. Any assumption that I am talking about anything else is a STRONG objection from me as ENTIRELY irrelevant and is fraud upon this most honorable court.

33. Any talk about “money,” regardless of who is talking about it, is ENTIRELY irrelevant and proves that there are some serious misunderstandings in this most honorable court regarding my pleadings. I am not, have not been and WILL NOT BE speaking on the subject of “money” AT ALL. This suit does not involve the subject of money. This is a negotiable instrument case, which is governed by UCC Article 3, exclusively.

34. I am well aware of HJR-192 and the Emergency Banking Act of 1933. I am not basing my pleadings or argument on either of those things and have never mentioned either of those things in anything I have submitted to this most honorable court. I am operating only and exclusively from UCC Article 3, of which I have a great veneration and interest in. I need nothing more and nothing less than UCC Article 3 to take this case to a victory.

35. A “bill of exchange” is defined as “an unconditional order to pay.” “Pay” or “payment” is defined as “to perform on a duty, contract or obligation.” To “pay” does not exclusively mean with a specific type of promissory note called a “Federal Reserve Note.” “US

dollars" are defined as negotiable instruments so ALL negotiable instruments are able to be used to perform on a duty, contract or obligation.

36. I am claiming, in my complaint, all previous promissory notes and bills of exchange on all accounts since the inception of our accounts with AMEX. But the primary focus is the negotiation of the NOTES that are produced from each credit transaction. The bills of exchange are secondary aspects of the overall obligations, but have also been claimed by the qualified/special indorsement found in my complaint.

37. I understand that the Title 18 claims have no private right to action. As a new pro se litigant, both myself as the agent and my principal are both trying to understand this process and procedure as rapidly as possible. This is all new to us and I assure you that I study all night and day in an attempt to become more knowledgeable, more clear, more concise and more friendly. We are both far from perfect and genuinely hope we can get an opportunity to properly plead our claims.

38. This is why the amended complaint was filed, to correct and eliminate all the causes of action that are now realized to be futile (Title 18) and to replace them with realistic and relevant claims.

39. Due to this, everything in this write-up is all objections and both BRANDON JOE WILLIAMS® and Brandon Joe Williams acknowledge the tremendous confusion and difficulties as regards to negotiable instruments and UCC Article 3. Again, we are not speaking about "vapor" or "money" or any "theories." I have taken the time to download the complaint in Martin v Capitol One and it appears as though he sent promissory notes in to perform on the account. This is an entirely irrelevant case to mine. Again, 99% of my case is regarding the "NEGOTIABILITY" and "INDORSEMENTS" of all of the

instruments that were produced on the account each and every time a credit card transaction took place. There is literally a "promise to pay" section right in the cardmember agreement. I will attach a screenshot of that section of my cardmember agreement at Exhibit B. All transactions with a credit card are unconditional promises to pay (Federal Reserve Notes are also unconditional promises to pay).

40. Federal Reserve Notes ARE NOT "money." They are unconditional promises to pay. Again, I want to be clear, I am absolutely, positively, decisively, entirely and completely NOT talking anywhere in my pleadings about "money."

41. I am fully prepared to explain, draw, act out, dance, sing, break dance on tables, or anything else required to get my pleadings understood in a way to allow this most honorable court to move forward in helping both myself and BRANDON JOE WILLIAMS® achieve the relief requested in the original complaint.

42. If the above objections and subsequent motions are not enough for reconsideration, I will be using all these objections to go to appeals and will also be writing a complaint due to the fact that I am not even being given an opportunity to explain myself, give examples or plead my case.

43. AMEX has created debt slaves out of everyone through one simple trick: blank indorsements rather than qualified and/or special indorsements. It's literally that simple and my entire pleadings can be summed up through this description. The 1099a submissions are irrelevant to that.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff BRANDON JOE WILLIAMS® respectfully requests that this Honorable Court:

1. Reconsider the dismissal of Plaintiff's complaint in light of the comprehensive objections presented herein, which clarify the focus on negotiability and indorsements of negotiable instruments, and not on the 1099a submissions or any irrelevant theories about money.
2. Grant a hearing to allow Plaintiff to present a detailed explanation of the relevant provisions of UCC Article 3 and the significant misunderstandings surrounding negotiability and indorsements, which are central to the Plaintiff's claims.
3. Allow Plaintiff to amend the complaint to remove any references to the 1099a forms and Title 18 claims, thereby streamlining the complaint to focus solely on the issues of negotiability and indorsements under UCC Article 3.
4. Recognize that Plaintiff's claims are not frivolous and are grounded in established legal principles governing negotiable instruments, which warrant full consideration and adjudication by this Court.
5. Provide any further relief that this Court deems just and proper to ensure that Plaintiff's claims are fully heard and fairly adjudicated, including but not limited to, compensation for any damages incurred due to the wrongful dismissal and unjust enrichment by AMEX.
6. Preserve the record for potential appellate review to ensure that all pertinent arguments and issues are fully documented for consideration by a higher court, if necessary.

July 13, 2024

RESPECTFULLY SUBMITTED,

BRANDON JOE WILLIAMS®

BY: /s/ *Brandon Joe Williams*
Brandon Joe Williams, Agent, Pro Se
P.O. Box 1962
Glendale, California 91209
brandon@williamsandwilliamslawfirm.com
(213) 309-7138

**Certificate of Service**

Plaintiff certifies that on July 13th, 2024, the foregoing *OBJECTION* was filed with the Clerk of this Court via ECF. I further certify that, as of the same date, all counsel of record below were served with a copy via email and ECF.

***Distribution:***

Brianna M. Bauer
Steptoe and Johnson LLP
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
213-439-9400
bbauer@steptoe.com