| | | |
|---|---|---|
| **More About Pay Over Time** | With Pay Over Time, you have the option to pay your Account Total New Balance each month, the Minimum Payment Due or anything in between. On each statement, your Account Summary will show your Pay Over Time New Balance, which is the amount that is eligible to be paid over time (see *When you must pay* in Part 2). | Certain charges are not eligible for Pay Over Time, such as cash and similar transactions. We may change which charges are eligible to be placed into your Pay Over Time feature. |
| | We apply a charge to the relevant Pay Over Time balance in accordance with the selection in effect at 8 p.m. Eastern Time on the transaction date provided by the merchant. The transaction date provided by the merchant may differ from the date you made the charge if, for example, there is a delay in the merchant submitting the transaction to us or if the merchant uses the shipping date as the transaction date. | We assign a Pay Over Time limit to your Account. We will not place any charge into a Pay Over Time balance if it would cause the total of your Pay Over Time balances and your Cash Advance balance to go over your Pay Over Time limit. Your Pay Over Time Limit is shown on page 1 of Part 1 and on each statement. We may increase or reduce your Pay Over Time Limit. We may do so even if you pay on time and your Account is not in default. We will tell you if we change that amount. You must pay in full all charges that are not placed into a Pay Over Time balance. |

## About your payments

| | | |
|---|---|---|
| **When you must pay** | You must pay the Amount Due no later than the Payment Due Date shown on your statement to avoid a late payment fee. If a statement includes a Pay Over Time balance and/or Cash Advance balance, it will show a Minimum Payment Due. In this case, you must pay at least the Minimum Payment Due by the Payment Due Date. Each statement also states the time and manner by which you must make your payment for it to be credited as of the same day it is received. For your payment to be considered on time, we must receive it in such time and manner by the Payment Due Date shown on your statement. | Each statement also shows a Closing Date. The Closing Date is the last day of the billing period covered by the statement. Each Closing Date is about 30 days after the previous statement's Closing Date. |
| **How to make payments** | Make payments to us in U.S. dollars with:<br>• a single check drawn on a U.S. bank, or<br>• a single negotiable instrument clearable through the U.S. banking system, for example a money order, or<br>• an electronic payment that can be cleared through the U.S. banking system.<br><br>When making a payment by mail:<br>• make a separate payment for each account,<br>• mail your payment to the address shown on the payment coupon on your billing statement, and<br>• write your Account number on your check or negotiable instrument and include the payment coupon.<br><br>If your payment meets the above requirements, we will credit it to your Account as of the day we receive it, as long as we receive it by the time disclosed in your billing statement. If we receive it after that | time, we will credit the payment on the day after we receive it.<br><br>If your payment does not meet the above requirements, there may be a delay in crediting your Account. This may result in late fees and additional interest charges (see the *Rates and Fees Table* and *How Rates, Fees and Pay Over Time Work* in Part 1)<br><br>If we decide to accept a payment made in a foreign currency, we will choose a rate to convert your payment into U.S. dollars, unless the law requires us to use a particular rate.<br><br>If we process a late payment, a partial payment, or a payment marked with any restrictive language, that will have no effect on our rights and will not change this Agreement. |
| **How we apply payments and credits** | If a statement includes a Pay Over Time and/or Cash Advance New Balance, it will show a Minimum Payment Due. The Minimum Payment Due is the Pay In Full New Balance plus the Pay Over Time and/or Cash Advance Minimum Due. Your Account may have balances with different interest rates. For example, a Pay Over Time balance may have a lower interest rate than a Cash Advance balance. If your Account has a Pay Over Time or Cash Advance balance, here is how we generally apply payments in a billing period:<br>• We apply your payments – up to the Minimum Payment Due – first to the Pay Over Time and/or Cash Advance balances and then to the Pay In Full New Balance. When applying a payment, up to the amount of the Pay Over Time and/or the Cash Advance Minimum Due, we apply it first to the balance with the lowest interest rate and then to balances with higher interest rates.<br>• After the Minimum Payment Due has been paid, we apply payments first to the balance with the highest interest rate and then to balances with lower interest rates. | In most cases, we apply a credit to the same balance as the related charge. We may apply payments and credits within balances, and among balances with the same interest rate, in any order we choose. |