UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA
WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO: **2:24-cv-01631-MWF-PVC**

| | |
|---|---|
| BRANDON JOE WILLIAMS®,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN EXPRESS COMPANY; AMERICAN EXPRESS KABBAGE INC.<br><br>    Defendants. | **Honorable Judge Michael W. Fitzgerald**<br><br>**Magistrate Judge Pedro V. Castillo** |

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION**

Upon consideration of Plaintiff's Motion for Reconsideration, the supporting arguments and evidence, and the Defendants' Response in Opposition, the Court finds that the Plaintiff has presented sufficient grounds to warrant reconsideration of the Court's previous order dismissing the complaint.

IT IS HEREBY ORDERED that:

1. **The Court's previous order dismissing Plaintiff's complaint is VACATED.**

2. **Plaintiff is granted leave to amend the complaint** to remove any references to the 1099a forms and streamline the complaint to focus solely on the issues of negotiation and indorsements under UCC Article 3.

3. **A hearing is scheduled** to allow Plaintiff to present a detailed explanation of the relevant provisions of UCC Article 3, addressing the significant misunderstandings surrounding the negotiation and indorsements of negotiable instruments, which are central to Plaintiff's claims.

4. **Defendants' actions regarding the potential misrepresentation of legal principles** related to UCC Article 3 shall be reviewed, and appropriate measures will be considered to ensure justice and fairness in these proceedings.

5. **Further relief as deemed just and proper by this Court** may be provided to ensure that Plaintiff's claims are fully heard and fairly adjudicated, including but not limited to, compensation for any damages incurred due to the wrongful dismissal and unjust enrichment by American Express.

**IT IS SO ORDERED.**

Dated:_____                              _____
                                                Judge, United States District Court

*Distribution:*

All counsel of record.

BRANDON JOE WILLIAMS®
P.O. Box 1962
Glendale, California 91209
brandon@williamsandwilliamslawfirm.com
(213) 309-7138