UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | |
|---|---|---|
| **Case No.** | CV 24-1631-MWF (PVCx) | **Date:** August 2, 2024 |
| **Title:** | Brandon Joe Williams v. American Express Company, et al. | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk: Court Reporter:
Rita Sanchez Not Reported

Attorneys Present for Plaintiff: Attorneys Present for Defendants:
None Present None Present

**Proceedings (In Chambers):** ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION [31]

 Before the Court is pro se Plaintiff Brandon Joe Williams' Motion for Reconsideration (the "Motion"), filed on July 13, 2024. (Docket No. 31). Defendants American Express Company and American Express Kabbage, Inc. (collectively, "AMEX") filed an Opposition on July 22, 2024. (Docket No. 34). Plaintiff filed a Reply on July 27, 2024. (Docket No. 35).

 For the reasons discussed below, the Motion is **DENIED**.

 A motion for reconsideration "should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 880 (9th Cir. 2009) (citation omitted). The movant bears the burden of proving that reconsideration is proper. *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999).

 "Courts in this district have interpreted Local Rule 7-18 to be coextensive with Rules 59(e) and 60(b)." *Gish v. Newsom*, No. EDCV 20-755-JGB (KKx), 2020 WL 6054912, at *2 (C.D. Cal. Oct. 9, 2020) (citation omitted)). Under Local Rule 7-18, a motion for reconsideration may be made only on the grounds of: (a) a material difference in fact or law from that presented to the Court that, in the exercise of reasonable diligence, could not have been known to the party moving for

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 24-1631-MWF (PVCx) | **Date:** August 2, 2024 |
| **Title:** Brandon Joe Williams v. American Express Company, et al. | |

reconsideration at the time the Order was entered; (b) the emergence of new material facts or a change of law occurring after the Order was entered; or (c) a manifest showing of a failure to consider material facts presented to the Court before the Order was entered.  L.R. 7-18.  "No motion for reconsideration shall in any manner repeat any oral or written argument made in support of or in opposition to the original motion."  *Id*.

Here, Plaintiff fails to meet his burden of proving that the Court clearly erred in dismissing this action in its Order re: Defendants' Motions to Dismiss (the "Dismissal Order"), filed on July 10, 2024.  (Docket No. 30).  While Plaintiff's filings are largely unintelligible, Plaintiff contends that the Court failed to consider that "[t]he majority of Plaintiff's claims pertain to the negotiability and indorsements of negotiable instruments, which are governed by UCC Article 3."  (Motion at 2).  But Plaintiff's citations to the UCC fail to support his view that credit card transactions create currency or negotiable instruments that can be used to eliminate a person's debt.  (Reply at 11–12).  Based on the Court's review, the Motion, at its core, appears to reiterate the same frivolous legal theories that the Court already considered and rejected in the Dismissal Order.

Accordingly, the Motion is **DENIED**.

IT IS SO ORDERED.

The Court notes that Plaintiff does not have a lawyer.  Parties in court without a lawyer are called "*pro se* litigants."  These parties often face special challenges in federal court.  Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic).  *Pro se* litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.