UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA
WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO:  **2:24-cv-01631-MWF-PVC**

| | |
|---|---|
| BRANDON JOE WILLIAMS®,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN EXPRESS COMPANY;<br>AMERICAN EXPRESS KABBAGE<br>INC.<br><br>　　　　Defendants. | **Honorable Judge Michael W. Fitzgerald**<br>**Magistrate Judge Pedro V. Castillo** |

### PLAINTIFF'S NOTICE OF MOTION AND MOTION TO ENTER FINAL JUDGMENT

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

　　Plaintiff Brandon Joe Williams, proceeding pro se, respectfully submits this *Motion to Enter Final Judgment* in accordance with Federal Rule of Civil Procedure 58. This Motion follows the Court's Orders dated July 10, 2024 (Docket No. 30), and August 2, 2024 (Docket No. 36), which granted Defendants' Motion to Dismiss and denied Plaintiff's Motion for Reconsideration. Notably, these Orders were entered without judicial signatures, raising concerns about their validity. Plaintiff has also filed Objections to these Orders on July 13, 2024 (Docket No. 31), and August 7, 2024 (Docket No. 37), respectively. To date, the Court has not addressed either of Plaintiff's Objections, further raising concerns about the integrity of the proceedings and due process. Plaintiff therefore moves for the entry of a final judgment to conclude this matter and to preserve all rights for potential appellate review.

**REQUEST FOR RELIEF:**

**WHEREFORE,** Plaintiff Brandon Joe Williams respectfully requests that this Honorable Court grant the following relief:

1. **Entry of Final Judgment:** Enter final judgment in this case pursuant to Federal Rule of Civil Procedure 58, formally concluding the matter to allow for potential appellate review.

2. **Validation of Orders:** Provide clarification on the validity of the Orders dated July 10, 2024 (Docket No. 30), and August 2, 2024 (Docket No. 36), particularly addressing the concern that these Orders were entered without judicial signatures, which raises questions about their legitimacy.

3. **Addressing Due Process Concerns:** Directly address the Plaintiff's Objections filed on July 13, 2024 (Docket No. 31), and August 7, 2024 (Docket No. 37), which have not yet been considered by the Court, thereby ensuring that Plaintiff's due process rights are fully respected.

4. **Any Further Relief:** Grant any further relief that the Court deems just and proper to ensure fairness and the integrity of the judicial process.

August 24, 2024                                    RESPECTFULLY SUBMITTED,

                                                   BRANDON JOE WILLIAMS®

                                                   BY: /s/ *Brandon Joe Williams*
                                                   Brandon Joe Williams, Agent, Pro Se
                                                   P.O. Box 1962
                                                   Glendale, California 91209
                                                   brandon@williamsandwilliamslawfirm.com
                                                   (213) 309-7138

## Certificate of Service

Plaintiff certifies that on August 24th, 2024, the foregoing *PLAINTIFF'S NOTICE OF MOTION AND MOTION TO ENTER FINAL JUDGMENT* was filed with the Clerk of this Court via ECF. I further certify that, as of the same date, all counsel of record below were served with a copy via email and ECF.

*Distribution:*

Brianna M. Bauer
STEPTOE LLP
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
213-439-9400
bbauer@steptoe.com

Stephen J. Newman
STEPTOE LLP
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
213-439-9400
snewman@steptoe.com