**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON JOE WILLIAMS, <br><br> PLAINTIFF(S) <br> v. <br> AMERICAN EXPRESS COMPANY, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 24-1631-MWF(PVCx) <br><br> **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):

This case was closed and judgment was entered on 7/10/2024; see Order at Docket No. 30. An Order denying Plaintiff's Motion for Reconsideration was filed on 8/2/2024; see Order at Docket No. 36.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Plaintiff's Notice of Motion and Motion to Enter Final Judgment | 08/24/2024 (DE 38) |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

August 26, 2024
Date

_[signature]_
United States District Judge

CV-80 (12/22)   **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**