UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 24-1631-MWF(PVCx)**                    Date: September 3, 2024

Title      ***Brandon Joe Williams v. American Express Company, et al.***

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER STRIKING PLAINTIFF'S OBJECTION TO THE COURT'S ORDER AND REQUEST TO REINSTATE PLAINTIFF'S MOTION TO ENTER FINAL JUDGMENT [40]**

The Court is in receipt of Plaintiff's Objection to the Court's Order Dated August 26, 2024 (the "Objection"), filed August 28, 2024.  (Docket No. 40). Plaintiff objects to the Court's Order (Docket No. 39) striking his Motion to Enter Final Judgment (Docket No. 38), and requests that his Motion to Enter Final Judgment be reinstated.

The Court **STRIKES** Plaintiff's Objection for the same reasons that the Motion to Enter Final Judgment was stricken.  Judgment was entered on **July 10, 2024**.  (Docket No. 30).  Plaintiff's Motion for Reconsideration (Docket No. 31) was denied on August 2, 2024.  (Docket No. 36).  Plaintiff's continued arguments that judgment has not been entered are groundless.

Any further filings regarding entry of judgment will be stricken without comment in this closed case.

IT IS SO ORDERED.