UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA
WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO: **2:24-cv-01631-MWF-PVC**

| | |
|---|---|
| BRANDON JOE WILLIAMS®,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY;<br><br>AMERICAN EXPRESS KABBAGE INC.<br><br>Defendants. | **Honorable Judge Michael W. Fitzgerald**<br><br>**Magistrate Judge Pedro V. Castillo** |

**NOTICE OF INTENT TO APPEAL TO THE NINTH CIRCUIT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, BRANDON JOE WILLIAMS®, hereby intends to appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment and all orders and rulings of the United States District Court for the Central District of California entered in this action.

This Notice of Intent to Appeal is filed pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, Federal Rule of Appellate Procedure 4(a)(4)(A)(iv), and in accordance with Ninth Circuit Rule 3-1.

# I. INTRODUCTION

On July 10, 2024, the District Court entered an Order [Docket No. 30] dismissing Plaintiff's case for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Subsequent motions, including *Plaintiff's Motion for Reconsideration* [Docket No. 31] and the *Notice and Motion to Enter Final Judgment* [Docket No. 38], were denied and stricken by the District Court. The final order

denying the *Motion for Reconsideration* was entered on August 2, 2024 [Docket No. 36]. The final order striking Plaintiff's subsequent filings was entered on September 3, 2024 [Docket No. 41].

Plaintiff contends that the District Court erred in dismissing the case and in denying subsequent motions and objections, thereby failing to provide due consideration to the legal arguments and evidence presented.

## II. QUESTION OF VALIDITY OF ORDERS WITHOUT JUDGE'S SIGNATURE

A significant issue to be addressed on appeal is whether the referenced Orders issued by this Court, specifically the Order dismissing the case [Docket No. 30], the Order denying reconsideration [Docket No. 36], and the Order striking Plaintiff's objection [Docket No. 41], are valid without the signature of the presiding Judge. The absence of judicial signatures raises substantial questions about the legitimacy of these Orders and whether they comply with the procedural requirements necessary to constitute binding judicial determinations. This matter is critical, as it directly impacts the Plaintiff's rights and the appeal process.

## III. ATTACHMENTS

Plaintiff will attach the following documents as exhibits to this Notice of Intent to Appeal:

1. **Exhibit A** - Complete Docket Sheet.
2. **Exhibit B** - Order Dismissing Case
3. **Exhibit C** - Motion for Reconsideration
4. **Exhibit D** - Objections to Order
5. **Exhibit E** - Order denying Motion for Reconsideration
6. **Exhibit F** - Objections to Order
7. **Exhibit G** - Notice and Motion to Enter Final Judgment
8. **Exhibit H** - Order Striking Filed Documents
9. **Exhibit I** - Objections to Court Order

10. **Exhibit J** - Order Striking

## IV. STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

The issues to be presented on appeal include but are not limited to:

1. Whether the District Court erred in dismissing Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6).

2. Whether the District Court erred in denying Plaintiff's Motion for Reconsideration.

3. Whether the District Court erred in striking Plaintiff's subsequent filings and failing to enter a final judgment that allows for an appeal.

4. Whether the referenced Orders issued by the District Court are valid without the signature of the presiding Judge.

## V. CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that the Ninth Circuit Court of Appeals review and reverse the orders of the District Court.

September 4, 2024                                          RESPECTFULLY SUBMITTED,

BRANDON JOE WILLIAMS®

BY: /s/ *Brandon Joe Williams*
Brandon Joe Williams, Agent, Pro Se
P.O. Box 1962
Glendale, California 91209
brandon@williamsandwilliamslawfirm.com
(747) 273-0799

## **Certificate of Service**

Plaintiff certifies that on September 4th, 2024, the foregoing *NOTICE OF INTENT TO APPEAL* was filed with the Clerk of this Court via ECF.  I further certify that, as of the same date, all counsel of record below were served with a copy via email and ECF.

*Distribution:*

| | |
|---|---|
| Brianna M. Bauer | Stephen J. Newman |
| STEPTOE LLP | STEPTOE LLP |
| 2029 Century Park East, 18th Floor | 2029 Century Park East, 18th Floor |
| Los Angeles, CA 90067-3086 | Los Angeles, CA 90067-3086 |
| 213-439-9400 | 213-439-9400 |
| bbauer@steptoe.com | snewman@steptoe.com |