UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA
WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO: **2:24-cv-01631-MWF-PVC**

| | |
|---|---|
| BRANDON JOE WILLIAMS®,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY;<br><br>AMERICAN EXPRESS KABBAGE INC.<br><br>Defendants. | **Honorable Judge Michael W. Fitzgerald**<br><br>**Magistrate Judge Pedro V. Castillo** |

**PROPOSED DESIGNATION OF RECORD**

## I. INTRODUCTION

Plaintiff-Appellant, BRANDON JOE WILLIAMS®, hereby submits the following Proposed Designation of Record on Appeal pursuant to Federal Rule of Appellate Procedure 10 and Ninth Circuit Rule 10. The documents designated herein are necessary for the full and fair review of the issues presented in this appeal.

## II. DOCUMENTS DESIGNATED FOR THE RECORD

1. Complaint (Filed on February 26, 2024) - [Docket No. 1]

2. Order Dismissing Case (Entered on July 10, 2024) - [Docket No. 30]

3. Motion for Reconsideration (Filed on July 13, 2024) - [Docket No. 31]

4. Objections to Order (Filed on July 13, 2024) - [Docket No. 32]

5. Order Denying Motion for Reconsideration (Entered on August 2, 2024) - [Docket No. 36]

6. Objection to Order (Filed on August 7, 2024) - [Docket No. 37]

7. Notice and Motion to Enter Final Judgment (Filed on August 24, 2024) - [Docket No. 38]

8. Order Striking Filed Document (Entered on August 26, 2024) - [Docket No. 39]

9. Objection to Court's Order (Filed on August 28, 2024) - [Docket No. 40]

10. Order Striking Plaintiff's Objection (Entered on September 3, 2024) - [Docket No. 41]

11. Complete Docket Sheet for the U.S. District Court Case No. 2:24-cv-01631-MWF-PVC

## III. REASON FOR DESIGNATION

The documents listed above are designated as part of the record on appeal because they are critical to understanding the procedural history and legal issues that are the basis of this appeal, including the District Court's dismissal of the case, the denial of reconsideration, and the striking of various filings. The Plaintiff-Appellant contends that the Orders issued by the District Court are invalid due to the absence of judicial signatures, and the designated documents will support the appellate court's review of these contentions.

## IV. CERTIFICATION

I hereby certify that a true and correct copy of this Proposed Designation of Record was served on all parties of record in this case.

September 4, 2024

RESPECTFULLY SUBMITTED,

BRANDON JOE WILLIAMS®

BY: /s/ *Brandon Joe Williams*
Brandon Joe Williams, Agent, Pro Se
P.O. Box 1962
Glendale, California 91209
brandon@williamsandwilliamslawfirm.com
(747) 273-0799

## Certificate of Service

      Plaintiff certifies that on September 4th, 2024, the foregoing *PROPOSED DESIGNATION OF RECORD* was filed with the Clerk of this Court via ECF. I further certify that, as of the same date, all counsel of record below were served with a copy via email and ECF.

*Distribution:*

| | |
|---|---|
| Brianna M. Bauer | Stephen J. Newman |
| STEPTOE LLP | STEPTOE LLP |
| 2029 Century Park East, 18th Floor | 2029 Century Park East, 18th Floor |
| Los Angeles, CA 90067-3086 | Los Angeles, CA 90067-3086 |
| 213-439-9400 | 213-439-9400 |
| bbauer@steptoe.com | snewman@steptoe.com |