UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA
WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO: **2:24-cv-01631-MWF-PVC**

| | |
|---|---|
| BRANDON JOE WILLIAMS®,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY;<br><br>AMERICAN EXPRESS KABBAGE INC.<br><br>Defendants. | **Honorable Judge Michael W. Fitzgerald**<br><br>**Magistrate Judge Pedro V. Castillo** |

## DOCKETING STATEMENT

### I. APPELLANT

**Name:** BRANDON JOE WILLIAMS®

**Address:** P.O. Box 1962, Glendale, California 91209

**Telephone:** (747) 273-0799

**Email:** brandon@williamsandwilliamslawfirm.com

**Representation:** Pro Se

### II. APPELLEES

**Names:**

American Express Company

American Express Kabbage Inc.

**Represented by:**

**Brianna M. Bauer**

Steptoe and Johnson LLP

2029 Century Park East, 18th Floor

Los Angeles, CA 90067

Telephone: (213) 439-9400

Email: bbauer@steptoe.com

**Stephen J. Newman**

Steptoe LLP

2029 Century Park East, 18th Floor

Los Angeles, CA 90067

Telephone: (213) 439-9400

Email: snewman@steptoe.com

## III. BASIS FOR JURISDICTION

**Date of entry of final judgment/order appealed from:**

- July 10, 2024 (Docket No. 30) – Order dismissing case.

- August 2, 2024 (Docket No. 36) – Order denying Motion for Reconsideration.

- August 26, 2024 (Docket No. 39) – Order striking filed documents.

- September 3, 2024 (Docket No. 41) – Order striking Plaintiff's objection.

**Statute conferring jurisdiction on the Court of Appeals:**

- 28 U.S.C. § 1291: Jurisdiction of appeals from final decisions of the district courts.

## IV. TIMELINESS OF APPEAL

**Date notice of appeal filed:**

- **September 4, 2024**

**Appeal is timely pursuant to:**

- Federal Rule of Appellate Procedure 4(a)(1)(A) and **4(a)(4)(A)(iv).**

## V. ISSUES PROPOSED TO BE RAISED ON APPEAL

1. Whether the District Court erred in dismissing Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6).

2. Whether the District Court erred in denying Plaintiff's Motion for Reconsideration.

3. Whether the District Court erred in striking Plaintiff's subsequent filings and failing to enter a final judgment that allows for an appeal.

4. Whether the referenced Orders issued by the District Court are valid without the signature of the presiding Judge.

## VI. RELATED CASES

**Is this case related to any pending case(s) in any United States Court of Appeals or United States District Court?**

- **No.**

## VII. STATEMENT OF THE CASE

The Plaintiff, Brandon Joe Williams, initiated a pro se action against American Express Company and American Express Kabbage Inc. alleging multiple claims including breach of contract, breach of fiduciary duty, and violations of federal statutes. The District Court dismissed the case under Federal Rule of Civil Procedure 12(b)(6). Subsequent motions for reconsideration and motions for the entry of final judgment were denied or struck by the Court, raising questions about the validity of the Orders issued without the presiding Judge's signature.

## VIII. FILING INFORMATION

**Please identify all documents filed in this appeal:**

1. Notice of Appeal.
2. Docketing Statement.
3. Exhibits referenced in the Notice of Intent to Appeal.

**Date when the Docketing Statement was filed:**

- **September 4, 2024**

| | |
|---|---|
| September 4, 2024 | RESPECTFULLY SUBMITTED, |
| | BRANDON JOE WILLIAMS® |
| | BY: /s/ *Brandon Joe Williams* |
| | Brandon Joe Williams, Agent, Pro Se |
| | P.O. Box 1962 |
| | Glendale, California 91209 |
| | brandon@williamsandwilliamslawfirm.com |
| | (747) 273-0799 |

### Certificate of Service

Plaintiff certifies that on September 4th, 2024, the foregoing *DOCKETING STATEMENT* was filed with the Clerk of this Court via ECF. I further certify that, as of the same date, all counsel of record below were served with a copy via email and ECF.

***Distribution:***

| | |
|---|---|
| Brianna M. Bauer | Stephen J. Newman |
| STEPTOE LLP | STEPTOE LLP |
| 2029 Century Park East, 18th Floor | 2029 Century Park East, 18th Floor |
| Los Angeles, CA 90067-3086 | Los Angeles, CA 90067-3086 |
| 213-439-9400 | 213-439-9400 |
| bbauer@steptoe.com | snewman@steptoe.com |