# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS<br><br>Plaintiff(s),<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24−cv−01631−MWF−PVC<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 09/04/2024 | 43 and 44 | Proposed Designation of Record [43]; Docketeing Statement [44] |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

   The documents are STRICKEN for the reasons stated in the Notice to Filer of Deficiencies in Filed Document (Docket No. 45).

DATED: September 6, 2024                    /s/ *Michael W. Fitzgerald*
                                            United States District Judge